**Attachment to Civil Cover Sheet**

Section I.(c) – Attorneys

David B. Irvin
Attorney for the Commonwealth of Virginia
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
(804) 786-4047
dirvin@oag.state.va.us


Jon Burke
Attorney for the Commonwealth of Massachusetts
Office of the Attorney General
10 Mechanic Street
Worcester, MA 01608
(774) 214-4416
Jonathan.burke@mass.gov


Joseph Mueller
Attorney for the People of the State of New York
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8321
Joseph.Mueller@ag.ny.gov