# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Harrisonburg Division

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK,** by **LETITIA JAMES,** Attorney General of the State of New York; and **COMMONWEALTH OF VIRGINIA,** *EX REL.* **MARK R. HERRING, ATTORNEY GENERAL,** *Plaintiffs,* v. **NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE, and EVAN AJIN,** *Defendants.* | Case No. 5:21-cv-00016 |

## DEFENDANTS' UNOPPOSED MOTION TO CONTINUE MAY 24, 2021 HEARING AND RULE 16 CONFERENCE

Defendants Nexus Services, Inc., Libre by Nexus, Inc., Michael Donovan, Richard Moore, and Evan Ajin, file this Motion to Continue the Hearing currently scheduled for May 24, 2021, for good cause. The hearing is scheduled to cover Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction (ECF 18), Defendants' Motion to Stay (ECF 31), and the Rule 16 conference. In support of the continuance, Defendants state:

Defendants' counsel Mario B. Williams is scheduled to undergo a complicated surgery on June 4, 2021. The surgery will require approximately two weeks to one month of rehabilitation. Mr. Williams was informed by his doctors that the pre-operation appointment in advance of the surgery has been scheduled for May 24 and 25, 2021, rendering Mr. Williams

unable to participate in the May 24, 2021 hearing. Separately, Defendants' counsel John M. Shoreman has a family medical issue that is ongoing and which prevents his ability to participate in the hearing on Monday, May 24th.

Defendants have conferred with Plaintiffs, whose position is as follows: Plaintiffs do not object to the continuance, but request that the hearing be rescheduled as quickly as possible. Plaintiffs expect to serve discovery requests shortly, and as such, request that the Court issue a ruling on the Motion to Stay on the briefs without an oral hearing, pursuant to FRCP 78(b) and Local Rule 11(b). Plaintiffs are available at the Court's convenience to discuss any of these issues.

Defendants' counsel will work with counsel and the court to reschedule the hearing as soon as practicable.

## CONCLUSION

For the reasons stated, Defendants request that the hearing scheduled for Monday, May 24, 2021 be continued to a further date chosen by the court, or agreed upon by all parties.

Respectfully submitted this 21st day of May 2021,

/s/ Mario B. Williams
Mario B. Williams (VSB # 91955)

**NDH LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442 / 404-935-9391 FAX
mwilliams@ndh-law.com

/s/ John M. Shoreman
John M. Shoreman (*Pro Hac Vice*)

**MCFADDEN & SHOREMAN, LLC**
1050 Connecticut Avenue, Suite 500
Washington, DC 20036

Tel: (202) 772-3188
jmshoreman@verizon.net

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 21st day of May 2021, I have served a true and correct copy of the foregoing **DEFENDANTS' MOTION TO CONTINUE HEARING AND RULE 16 CONFERENCE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record, including:

| *Attorneys for the Consumer Financial Protection Bureau* | *Attorneys for the Commonwealth of Virginia, ex rel. Mark R. Herring, Attorney General* |
|---|---|
| Hai Binh T. Nguyen<br>Donald R. Gordon<br>Kara K. Miller<br>Email: haibinh.nguyen@cfpb.gov<br>Email: donald.gordon@cfpb.gov<br>Email: kara.miller@cfpb.gov | David B. Irvin<br>Erin E. Witte<br>Stephen J. Sovinsky<br>Erin Boyd Ashwell<br>Mark R. Herring<br>Samuel Towell<br>Email: dirvin@oag.state.va.us<br>Email: ewitte@oag.state.va.us<br>Email: ssovinsky@oag.state.va.us<br>Email: eashwell@woodsrogers.com<br>Email: mherring@oag.state.va.us<br>Email: stowell@oag.state.va.us |
| *Attorneys for the Commonwealth of Massachusetts*<br><br>Jonathan T. Burke<br>Email: Jonathan.burke@mass.gov | *Attorneys for the People of the State of New York*<br><br>Joseph P. Mueller<br>Stewart Dearing<br>Laura Levine<br>Jane Azia<br>Email: Joseph.Mueller@ag.ny.gov<br>Email: Stewart.Dearing@ag.ny.gov<br>Email: Laura.Levine@ag.ny.gov<br>Email: Jane.Azia@ag.ny.gov |

                                                          /s/ Mario B. Williams
                                                         Mario B. Williams (VSB #91955)