# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York; and COMMONWEALTH OF VIRGINIA, *EX REL.* MARK R. HERRING, ATTORNEY GENERAL,<br><br>*Plaintiffs,*<br><br>v.<br><br>NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE, and EVAN AJIN,<br><br>*Defendants.* | Case No. 5:21-cv-00016 |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW Mario B. Williams, of the law firm NDH LLC and counsel for Defendants Nexus Services, Inc., Libre by Nexus, Inc., Micheal Donovan, Richard Moore, and Evan Ajin (collectively, "Nexus") in this matter. In support whereof, the following is shown.

1. Pursuant to Rule 1.16 of the Rules of Professional Conduct of the Virginia State Bar, undersigned counsel is unable to continue to represent the Defendants in this matter because of, amongst other reasons, irreconcilable differences.

2. If the court deems necessary, even though Mr. Williams is in recovery from an operation, he will do his best to appear in order to discuss all matters and reasons for requesting leave to withdrawal.

3. Defendants have been notified of counsel's intention to withdraw but the services of substitute counsel have yet to be secured.

4. John Shoreman, co-counsel in this matter, is also moving to withdraw his appearance.

5. Defendants consent to the relief sought herein and represent that substitute counsel will enter an appearance following the pending hearing on the Motion to Dismiss.

WHEREFORE, Mario B. Williams, counsel for Defendants, respectfully moves this Court for entry of an Order permitting him to immediately withdraw as counsel of record in this case.

Submitted respectfully this 21st day of June 2021,

/s/ MARIO B. WILLIAMS
Mario B. Williams (VSB #91955)

**NDH LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442 / 404-935-9391 FAX
mwilliams@ndh-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 21st day of June 2021, I have served a true and correct copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record, including:

| *Attorneys for the Consumer Financial Protection Bureau* | *Attorneys for the Commonwealth of Virginia, ex rel. Mark R. Herring, Attorney General* |
|---|---|
| Hai Binh T. Nguyen | David B. Irvin |
| Donald R. Gordon | Erin E. Witte |
| Kara K. Miller | Stephen J. Sovinsky |
| Email: haibinh.nguyen@cfpb.gov | Erin Boyd Ashwell |
| Email: donald.gordon@cfpb.gov | Mark R. Herring |
| Email: kara.miller@cfpb.gov | Samuel Towell |
|  | Email: dirvin@oag.state.va.us |
|  | Email: ewitte@oag.state.va.us |
|  | Email: ssovinsky@oag.state.va.us |
|  | Email: eashwell@woodsrogers.com |
|  | Email: mherring@oag.state.va.us |
|  | Email: stowell@oag.state.va.us |
| *Attorneys for the Commonwealth of Massachusetts* | *Attorneys for the People of the State of New York* |
| Jonathan T. Burke | Joseph P. Mueller |
| Email: Jonathan.burke@mass.gov | Stewart Dearing |
|  | Laura Levine |
|  | Jane Azia |
|  | Email: Joseph.Mueller@ag.ny.gov |
|  | Email: Stewart.Dearing@ag.ny.gov |

|  | Email: Laura.Levine@ag.ny.gov <br><br> Email: Jane.Azia@ag.ny.gov |
|---|---|

           <u>/s/ Mario B. Williams</u>
           Mario B. Williams (VSB #91955)