IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York; and COMMONWEALTH OF VIRGINIA, *EX REL.* MARK R. HERRING, ATTORNEY GENERAL,<br><br>   Plaintiffs,<br><br>v.<br><br>NEXUS SERVICES, INC., LIBRE BY NEXUS, INC., MICHEAL DONOVAN, RICHARD MOORE, and EVAN AJIN,<br><br>   Defendants. | Case No.: 5:21-cv-00016-EKD |

## OPPOSITION TO MOTION TO WITHDRAW

Plaintiffs, the Consumer Financial Protection Bureau, the Commonwealth of Massachusetts, the State of New York, and the Commonwealth of Virginia, ("Plaintiffs"), by counsel, state as follows in opposition to the motion filed by Mario B. Williams, Esq. and the law firm of NDH, LLC seeking leave to withdraw as counsel for Defendants, Nexus Services, Inc., Libre by Nexus, Inc., Micheal Donovan, Richard Moore, and Evan Ajin ("Defendants").[1]

    1.    Counsel for Defendants, Mario B. Williams and John M. Shoreman, each filed motions for leave to withdraw on June 21, 2021.

    2.    Mr. Williams's motion states as the only basis for withdrawal that

---

[1] ECF No. 39.

"[p]ursuant to Rule 1.16 of the Rules of Professional Conduct of the Virginia State Bar," he "is unable to continue to represent the Defendants in this matter because of, amongst other reasons, irreconcilable differences." ECF No. 39 ¶ 1.

3. The motion represents that, as of its filing, Defendants had not yet secured new counsel and that new counsel was expected to enter an appearance after the June 22, 2021 hearing on Defendants' motion to dismiss. ECF No. 39 ¶¶ 3, 5. No new counsel has appeared.

4. Local Rule 6(i) provides that "[n]o attorney of record shall withdraw from any cause pending in this Court, except with the consent of the Court for good cause shown." W.D. Va. Gen. R. 6(i). *See also United States v. Johnson*, 114 F.3d 435, 442 (4th Cir. 1997) (providing that leave to withdraw as counsel may be granted in the discretion of the court); *United States v. Miles*, No. 2:18-cr-56, 2019 U.S. Dist. LEXIS 146829, at *5 (E.D. Va. Aug. 28, 2019) (noting that "[t]he Fourth Circuit has recognized that motions to substitute counsel cannot be used to manipulate or delay proceedings" and that "a district court has an interest in keeping its docket moving").

5. Defendants' counsel has not shown good cause to withdraw.

6. Plaintiffs will be prejudiced by the withdrawal of Defendants' counsel before substitute counsel has appeared. Plaintiffs have served discovery requests to Defendants, responses to which are due on July 9, and Defendants' Rule 26(a)(1) Initial Disclosures are due to Plaintiffs on July 22, 2021.

7. Plaintiffs respectfully request that the motion for leave to withdraw be denied or deferred until substitute counsel for Defendants has entered an appearance.

Dated: July 2, 2021

Respectfully submitted,

*Attorneys for the Consumer Financial Protection Bureau*

**Cara M. Petersen**
    *Acting Enforcement Director*
**Jeffrey Paul Ehrlich**
    *Deputy Enforcement Director*
**Kara K. Miller**
    *Assistant Litigation Deputy*

**Hai Binh T. Nguyen**
California Bar Number: 313503
Donald R. Gordon
District of Columbia Bar Number: 482384
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Nguyen): (202) 435-7251
Telephone (Gordon): (212) 328-7011
Fax: (703) 642-4585
Email: haibinh.nguyen@cfpb.gov
Email: donald.gordon@cfpb.gov

*Attorneys for the Commonwealth of Virginia, ex rel.*
*Mark R. Herring, Attorney General*

**Mark R. Herring**
    *Attorney General*
**Erin B. Ashwell**
    *Chief Deputy Attorney General*
**Samuel T. Towell**
    *Deputy Attorney General*
**Richard S. Schweiker, Jr.**
    *Chief and Senior Assistant Attorney General*

**Erin E Witte**
Virginia Bar Number: 81096
David B. Irvin
Virginia Bar Number: 23927
Unit Manager and Senior Assistant Attorney General
Stephen J. Sovinsky
Virginia Bar Number: 85637
Assistant Attorney General
Office of the Attorney General
Consumer Protection Section
202 North Ninth Street

Richmond, VA 23219
Telephone (Irvin): (804) 786-4047
Telephone (Witte): (703) 359-6716
Telephone (Sovinsky): (804) 823-6341
Fax: (804) 786-0122
Email: dirvin@oag.state.va.us
Email: ewitte@oag.state.va.us
Email: ssovinsky@oag.state.va.us

*Attorneys for the Commonwealth of Massachusetts*

**Maura Healy**
   *Attorney General*

**Jon Burke**
Massachusetts Bar Number: 673472
Assistant Attorney General
Office of the Attorney General
10 Mechanic Street
Worcester, MA 01608
Telephone: (774) 214-4416
Email: Jonathan.burke@mass.gov

*Attorneys for the People of the State of New York*

LETITIA JAMES
   *Attorney General*
Jane Azia (New York Bar Number: 1539600)
   *Bureau Chief for the Bureau of Consumer Frauds and Protection*
Laura Levine (New York Bar Number: 2337368)
   *Deputy Bureau Chief for the Bureau of Consumer Frauds and Protection*

**Joseph P. Mueller**
New York Bar Number: 5079389
**Stewart Dearing**
New York Bar Number: 5108444
Assistant Attorneys General
Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone (Mueller): (212) 416-8321
Telephone (Dearing): (212) 416-8320
Fax: (212) 416-6003
Email: Joseph.Mueller@ag.ny.gov
Email: Stewart.Dearing@ag.ny.gov

## CERTIFICATE OF SERVICE

I certify that on July 2, 2021, I filed a true and correct copy of the foregoing Brief in Opposition to Motion to Withdraw with the Court using the CM/ECF filing system which notifies Defendants electronically by email to all attorneys of record.

/s/Erin E. Witte_____
Erin E. Witte VSB 81096
Virginia Office of the Attorney General
Consumer Protection Section
202 North Ninth Street
Richmond, VA 23219
Telephone (Witte): (703) 359-6716
Fax: (804) 786-0122
Email: ewitte@oag.state.va.us