IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York; and COMMONWEALTH OF VIRGINIA, *EX REL.* MARK R. HERRING, ATTORNEY GENERAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE; and EVAN AJIN,<br><br>    Defendants. | Case No.: 5:21-cv-00016-EKD |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Samantha K. Collins of Arent Fox LLP hereby enters her appearance in this action on behalf of Defendants Nexus Services, Inc.; Libre by Nexus, Inc.; Micheal Donovan; Richard Moore; and Evan Ajin, and requests that all notices and papers given or served in this case be given and served upon her.

Dated: August 16, 2021

        ARENT FOX LLP

        By:  /s/ Samantha K. Collins
        Samantha K. Collins (Bar No. 89010)
        1717 K Street, NW
        Washington, DC  20006-5344
        Tel:  202-857-6221
        Fax:  202-857-6395
        *Attorney for Nexus Services, Inc.; Libre by Nexus, Inc.; Micheal Donovan; Richard Moore; and Evan Ajin*