IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York; and COMMONWEALTH OF VIRGINIA, *EX REL.* MARK R. HERRING, ATTORNEY GENERAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE; and EVAN AJIN,<br><br>    Defendants. | Case No.: 5:21-cv-00016-EKD |

## **MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID G. BAYLES**

I, Samantha K. Collins, an active member in good standing of the Bar of the United States District Court for the Western District of Virginia, request that this Court admit David G. Bayles *pro hac vice* as counsel of record for defendants Nexus Services, Inc., Libre by Nexus, Inc., Micheal Donovan, Richard Moore, and Evan Ajin in the above-named case pursuant to W.D. Va. Gen. R. 6(d).

Mr. Bayles is a member in good standing of the Bar of the State of California (Bar No. 208112) and the Bar of the State of Utah (Bar No. 8147) and he is admitted to practice before the highest court of the State of California and the highest court of the State of Utah. His contact information is below:

David G. Bayles
Arent Fox LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Email: david.bayles@arentfox.com
Telephone: (213) 629-7406

In accordance with W.D. Va. Gen. R. 6(d), if this motion is granted, Mr. Bayles will promptly register as a NextGen e-filer with the Western District of Virginia and e-file a notice of appearance in this case.

Dated: August 16, 2021

        Respectfully submitted,

*Counsel for defendants Nexus Services, Inc., Libre by Nexus, Inc., Micheal Donovan, Richard Moore, and Evan Ajin*

s/ Samantha K. Collins
Samantha K. Collins
Virginia Bar Number: 89010
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6221
Fax: (202) 857-6395
Email: samantha.collins@arentfox.com