IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York; and COMMONWEALTH OF VIRGINIA, *EX REL.* MARK R. HERRING, ATTORNEY GENERAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE; and EVAN AJIN,<br><br>    Defendants. | Case No.: 5:21-cv-00016-EKD |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW Samantha K. Collins of the law firm Arent Fox LLP and counsel for Defendants Nexus Services, Inc.; Libre by Nexus, Inc.; Micheal Donovan; Richard Moore; and Evan Ajin (collectively, "Nexus") in this matter. In support whereof the following is shown.

1. Undersigned counsel is leaving Arent Fox LLP to pursue a career change.

2. Attorney Adam Bowser, admitted in this District Court, has recently entered an appearance and will be serving as the continued sponsor for attorneys Jennifer Lee and David Bayles, both of whom were admitted *pro hac vice* for this matter.

3. Defendants have been notified of counsel's intention to withdraw and consent to the relief sought herein.

WHEREFORE, Samantha K. Collins, counsel for Defendants, respectfully moves this Court for entry of an Order permitting her to withdraw as counsel of record in this case.

Dated: October 14, 2021

Respectfully submitted,

ARENT FOX LLP

By:  /s/ Samantha K. Collins
Samantha K. Collins (Bar No. 89010)
1717 K Street, NW
Washington, DC  20006-5344
Tel:  202-857-6221
Fax:  202-857-6395
*Attorney for Nexus Services, Inc.; Libre by Nexus, Inc.; Micheal Donovan; Richard Moore; and Evan Ajin*