IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York; and COMMONWEALTH OF VIRGINIA, *EX REL.* MARK R. HERRING, ATTORNEY GENERAL,

  Plaintiffs,

v.

NEXUS SERVICES, INC., LIBRE BY NEXUS, INC., MICHEAL DONOVAN, RICHARD MOORE, and EVAN AJIN,

  Defendants.

Case No.: 5:21-cv-00016-EKD

## MOTION FOR LEAVE TO WITHDRAW

I, Erin B. Ashwell, Chief Deputy Attorney General for the Commonwealth of Virginia *ex rel.* Mark R. Herring, Attorney General ("Commonwealth"), request that this court permit me to withdraw as counsel of record for good cause shown, and state the following in support thereof:

1. As of January 15, 2022, I will no longer serve as the Chief Deputy Attorney General and will no longer be employed by the Commonwealth of Virginia.

2. Senior Assistant David B. Irvin and Assistant Attorney General Erin E. Witte, both admitted to this Court, have each made an appearance in this matter as additional counsel of record, will continue to represent the Commonwealth, and agree to

continue to co-sponsor Jon Burke, Stewart Dearing, Joseph Mueller, Laura Levine and Jane Azia, each of whom were admitted *pro hac vice* in this matter.

WHEREFORE, I respectfully move this Court for entry of an Order granting me leave to withdraw as counsel of record in this case.

Dated: January 14, 2022

        Respectfully submitted,

        /s/Erin B. Ashwell
        Virginia Bar Number: 79538

        *Attorneys for the Commonwealth of Virginia, ex rel.*
        *Mark R. Herring, Attorney General*

        Mark R. Herring
           *Attorney General*
        Erin B. Ashwell
           *Chief Deputy Attorney General*
        Richard S. Schweiker, Jr.
           *Chief and Senior Assistant Attorney General*

        David B. Irvin
        Virginia Bar Number: 23927
        Unit Manager and Senior Assistant Attorney General
        Erin E. Witte
        Virginia Bar Number: 81096
        Assistant Attorney General
        Office of the Attorney General
        202 North Ninth Street
        Richmond, VA 23219
        Telephone (Irvin): (804) 786-4047
        Telephone (Witte): (703) 359-6716
        Fax: (804) 786-0122
        Email: dirvin@oag.state.va.us
        Email: ewitte@oag.state.va.us