IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK; and COMMONWEALTH OF VIRGINIA, *ex rel.* MARK R. HERRING, ATTORNEY GENERAL, | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 5:21-cv-00016<br><br>By: Elizabeth K. Dillon<br>      United States District Judge |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE; and EVAN AJIN, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that defendants' motion to dismiss for lack of subject matter jurisdiction (Dkt. No. 18) is DENIED.

The clerk shall provide a copy of this order and the opinion to all counsel of record.

Entered: March 21, 2022.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge