IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York; and COMMONWEALTH OF VIRGINIA, *EX REL.* JASON S. MIYARES, ATTORNEY GENERAL,<br><br>    Plaintiffs,<br><br>v.<br><br>NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE; and EVAN AJIN,<br><br>    Defendants. | Case No.: 5:21-cv-00016 |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

I, Stewart Dearing, respectfully ask the Court to permit me to withdraw as counsel of record for Plaintiff People of the State of New York in this case for good cause shown pursuant to W.D. Va. Gen. R. 6(i). I state the following facts in support of good cause for granting my request:

1. As of March 24, 2022, I will no longer be employed by the New York Attorney General's Office.

2. Bureau Chief Jane Azia, Deputy Bureau Chief Laura Levine, and Assistant Attorney General Joseph P. Mueller have appeared in this matter as counsel of record and will continue to represent the People of the State of New York in this case.

1

WHEREFORE, I respectfully ask the Court to enter an Order granting me leave to withdraw as counsel of record in this case.

Dated: March 22, 2022

                Respectfully Submitted,

                **Stewart Dearing**
                New York Bar Number: 5108444
                Assistant Attorney General
                Office of the New York Attorney General
                28 Liberty Street
                New York, NY 10005
                Telephone: (212) 416-8320
                Fax: (212) 416-6003
                Email: Stewart.Dearing@ag.ny.gov