IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York; and COMMONWEALTH OF VIRGINIA, *EX REL.* MARK R. HERRING, ATTORNEY GENERAL,<br><br>     Plaintiffs,<br><br>     v.<br><br>NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE; and EVAN AJIN,<br><br>     Defendants. | Case No.: 5:21-cv-00016-EKD |

## NOTICE OF FIRM NAME CHANGE

TO THE COURT, ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE THAT, effective March 1, 2022, counsel of record for NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE; and EVAN AJIN ("Defendants"), Arent Fox LLP, merged with the law firm Schiff Hardin LLP. As a result, Defendants' counsel has been renamed ArentFox Schiff LLP. The law firm's address, telephone number and fax number are unchanged.

As a result of the merger, effective immediately, communications with counsel for Defendants should be addressed as follows:

>Adam Bowser, J.H. Jennifer Lee, & David Bayles
>ArentFox Schiff LLP
>1717 K Street, NW
>Washington, DC  20006-5344
>Phone:  (213) 629-7400
>Fax:     (213) 629-7401
>E-mails: Adam.Bowser@afslaw.com
>            Jenny.Lee@afslaw.com
>            David.Bayles@afslaw.com

Dated: April 6, 2022                              Respectfully submitted,

>ARENTFOX SCHIFF LLP
>
>By:   /s/ Adam Bowser
>Adam Bowser (Bar No. 76523)
>1717 K Street, NW
>Washington, DC  20006-5344
>Tel:  202-857-6221
>Fax:  202-857-6395
>*Attorney for Nexus Services, Inc.; Libre by Nexus, Inc.; Micheal Donovan; Richard Moore; and Evan Ajin*