IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York; and COMMONWEALTH OF VIRGINIA, *EX REL.* MARK R. HERRING, ATTORNEY GENERAL,<br><br>  Plaintiffs,<br><br>  v.<br><br>NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE; and EVAN AJIN,<br><br>  Defendants. | Case No.: 5:21-cv-00016-EKD |

## NOTICE OF JURY TRIAL DEMAND

TO THE COURT, ALL PARTIES AND THEIR COUNSEL:

     PLEASE TAKE NOTICE THAT, pursuant to Rule 38 of the Federal Rules of Civil Procedure, NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE; and EVAN AJIN ("Defendants"), hereby demand a jury trial on each of Plaintiffs' claims (Counts I-XVII).

Dated: May 6, 2022                                         Respectfully submitted,

                                                            ARENTFOX SCHIFF LLP

                                                            By:  /s/ Adam Bowser
                                                            Adam Bowser (Bar No. 76523)
                                                            1717 K Street, NW
                                                            Washington, DC  20006-5344
                                                            Tel:  202-857-6221
                                                            Fax:  202-857-6395
                                                            *Attorney for Nexus Services, Inc.; Libre by Nexus, Inc.; Micheal Donovan; Richard Moore; and Evan Ajin*