IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| Consumer Financial Protection Bureau, et al., ) | | |
|     Plaintiffs, ) | | Civil Action No. 5:21cv00016 |
| ) | | |
| v. ) | | ORDER |
| ) | | |
| Nexus Services, Inc., et al., ) | | By:    Joel C. Hoppe |
|     Defendants. ) | | United States Magistrate Judge |

On May 4, 2022, Plaintiffs filed a "Statement Detailing and Itemizing Discovery Dispute." ECF No. 115 ("Statement"). The Statement follows the format set forth in an Order entered on September 29, 2021, for a process to address discovery disputes. ECF No. 81 ("Discovery Dispute Order"). That process requires the parties to confer in good faith on any discovery dispute and, if they are unable to resolve the dispute, to submit a joint statement itemizing the discovery dispute. *Id.* Each party is required to provide its "respective position with regard to each issue, including the applicable facts, supporting law, and legal analysis" for submission in the joint statement. *Id.*

In the Statement, Plaintiffs represent that they determined an impasse had arisen in a discovery dispute and court intervention was necessary. ECF No. 115 at 3. On March 22, Plaintiffs provided a draft of the Statement to Defendants and asked for their positions by April 14. ECF 115 at 3; ECF 115-1 at 317-35 (Ex. 20). Plaintiffs extended that deadline to April 22. Defendants did not provide their positions in writing, and Plaintiffs filed the Statement on May 4. Defendants have not filed a statement setting forth their positions on the discovery issues.

Accordingly, following the procedure set forth in the Discovery Dispute Order, Defendants are DIRECTED to file their "respective position with regard to each issue [identified in the Statement], including the applicable facts, supporting law, and legal analysis," ECF No.

1

81, not later than May 20, 2022. If Defendants fail to file a statement, the Court will consider Plaintiffs' Statement to be unopposed.

It is so ORDERED.

ENTER: May 13, 2022

Joel C. Hoppe
United States Magistrate Judge