# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

Consumer Financial Protection Bureau, et al  )   CASE NO.: 5:21-cv-00016  
                                             )  
v.                                           )   DATE: 6/6/2022  
                                             )  
Nexus Services, Inc., et al                  )  
                                             )  
TYPE OF HEARING: Discovery Hrg               )   Time in Court: 2:03-4:09=2 hours 6 min

*****************************************************************************

### PARTIES/SPEAKERS:

1. USMJ - Joel C. Hoppe
2. Hai Nguyen
3. Joseph Mueller
4. James Scott
5. Jonathan Burke
6. Adam Bowser
7. Laura Levine
8. 
9. deputy clerk – Karen Dotson
10. 

*****************************************************************************

CD NO(S). Recorded using Cisco Conference Manager          RECORDED BY:  Karen Dotson
            and saved to Harrisonburg's I: drive

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 2:03 | 1,3 | 14 | 6 | 30 | 1,3 | 46 | 1 |  | 3,1 |
|  | 1,4,2 | 16 | 1,6 | 32 | 1,3 | 48 | 6 |  | 3,1 |
| 4 | 4,5 | 17 | 1 | 33 | 1 | 50 | 1 | 12 | 1,6 |
|  | 7,1 | 18 | 6 | 34 | 3 | 51 | 6 |  | 1 |
|  | 6,1 | 20 | 1 | 35 | 1,3 | 53 | 1 | 16 | 6,1 |
|  | 9,1 | 21 | 6 | 37 | 1,3,1 | 57 | 3 |  | 6,1 |
| 5 | 3, | 22 | 1,6 | 38 | 3 | 58 | 1 | 17 | 6,1 |
| 6 | 1,3 | 23 | 1,6 | 39 | 1,3,1 | 59 | 6 |  | 6,1 |
| 8 | 1 | 24 | 1,6 |  | 3 | 3:00 | 1,6 | 23 | 3 |
| 9 | 3 | 26 | 1,3 | 41 | 1,3 | 2 | 1,6 | 24 | 1,6 |
| 11 | 1,3 |  | 6,3 | 42 | 1,6 | 3 | 1,6 | 25 | 1 |
|  | 1,6 |  | 1,6 | 44 | 1,6 |  | 1,6 | 26 | 6,1 |
| 13 | 1,6,1 | 27 | 1,3 | 45 | 1,6 | 5 | 1, 3 | 28 | 6 |

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 29 | 1,3 |  | 6, |  |  |  |  |  |  |
| 31 | 1,3 | 7 | 3,1, |  |  |  |  |  |  |
| 32 | 1,6 |  | 1 |  |  |  |  |  |  |
| 35 | 1,3 |  |  |  |  |  |  |  |  |
| 36 | 1,6 |  |  |  |  |  |  |  |  |
| 37 | 1 |  |  |  |  |  |  |  |  |
| 38 | 3 |  |  |  |  |  |  |  |  |
| 39 | 1,3 |  |  |  |  |  |  |  |  |
| 41 | 1 |  |  |  |  |  |  |  |  |
| 43 | 3,1 |  |  |  |  |  |  |  |  |
|  | 3 |  |  |  |  |  |  |  |  |
| 44 | 1,6 |  |  |  |  |  |  |  |  |
| 45 | 1,6 |  |  |  |  |  |  |  |  |
| 46 | 1 |  |  |  |  |  |  |  |  |
| 48 | 3 |  |  |  |  |  |  |  |  |
| 49 | 1,6 |  |  |  |  |  |  |  |  |
|  | 1,6 |  |  |  |  |  |  |  |  |
| 50 | 1,6 |  |  |  |  |  |  |  |  |
| 52 | 1,6 |  |  |  |  |  |  |  |  |
| 54 | 1,3 |  |  |  |  |  |  |  |  |
| 55 | 1,3 |  |  |  |  |  |  |  |  |
| 57 | 1,3 |  |  |  |  |  |  |  |  |
| 3:59 | 1,3 |  |  |  |  |  |  |  |  |
|  | 1 |  |  |  |  |  |  |  |  |
| 4:01 | 3,1 |  |  |  |  |  |  |  |  |
| 3 | 3 |  |  |  |  |  |  |  |  |
| 4 | 1 |  |  |  |  |  |  |  |  |
| 5 | 3,1,6 |  |  |  |  |  |  |  |  |
| 6 | 1 |  |  |  |  |  |  |  |  |