# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**Consumer Financial Protection Bureau, et al**

v.

**Nexus Services, Inc., et al**

Action No: 5:21CV00016

Date: 6/6/2022

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Karen Dotson, Cisco Conference Manager

Deputy Clerk:   Karen Dotson

<u>Plaintiff Attorney(s)</u>
Hai Nguyen
Joseph Mueller
James Scott
Jonathan Burke
Laura Levine

<u>Defendant Attorney(s)</u>
Adam Bowser

PROCEEDINGS:
Telephonic Hearing re: discovery dispute

All parties present on phone
Parties discuss discovery issues
Wording is amended in protective order
Dfts to file a notice
Plaintiff asks for attys fees
Order to follow

Time in Court: 2:03-4:09=2 hours and 6 minutes