IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York; and COMMONWEALTH OF VIRGINIA, *EX REL*. JASON S. MIYARES, ATTORNEY GENERAL,

   Plaintiffs,

v.

NEXUS SERVICES, INC., LIBRE BY NEXUS, INC., MICHEAL DONOVAN, RICHARD MOORE, and EVAN AJIN,

   Defendants.

Case No.: 5:21-cv-00016-EKD

## NOTICE OF APPEARANCE

Please note the appearance of Leanne E. Hartmann as counsel of record and counsel to be noticed for Plaintiff Consumer Financial Protection Bureau in this case.

Dated: June 21, 2022

                                        Respectfully submitted,

                                        /s/*Leanne E. Hartmann*
                                        California Bar Number: 264787

                                        *Attorney for the Consumer Financial Protection Bureau*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record for the parties.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Leanne E. Hartmann*
　　　　　　　　　　　　　　　　　　　　　　　Leanne E. Hartmann