IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York; and COMMONWEALTH OF VIRGINIA, *EX REL.* MARK R. HERRING, ATTORNEY GENERAL,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE; and EVAN AJIN,<br><br>    Defendants. | Case No.: 5:21-cv-00016-EKD |

## NOTICE REGARDING DISCOVERY VENDOR

TO THE COURT, ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE THAT, pursuant to Paragraph 3 of Magistrate Judge Hoppe's June 6, 2022 Order for Defendants to Provide or Permit Discovery ("Order"), NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE; and EVAN AJIN  ("Defendants"), hereby provide notice that they have begun the onboarding process with a new ESI discovery vendor, and are currently going through the company's conflicts process.

Defendants further state that based on preliminary discussions and assessment of the number of custodians, the search terms at issue, the relevant period, and Defendants' systems,

Defendants estimate that 500 GBs of ESI would need to be collected by the discovery vendor. To be clear, this estimate does not include the databases encompassed by Paragraph 5 of the Order.  Based on this figure, Defendants were informed that the discovery vendor should be able to run the agreed-upon searches and return the results to Defendants' counsel for their initial review within four to six weeks.

Dated: June 22, 2022                                             Respectfully submitted,


                                                                ARENTFOX SCHIFF LLP

                                                                By:   /s/ Adam Bowser
                                                                Adam Bowser (Bar No. 76523)
                                                                1717 K Street, NW
                                                                Washington, DC  20006-5344
                                                                Tel:  202-857-6221
                                                                Fax:  202-857-6395
                                                                *Attorney for Nexus Services, Inc.; Libre by Nexus, Inc.; Micheal Donovan; Richard Moore; and Evan Ajin*