IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEXUS SERVICES, INC., et al., <br><br> Defendants. | Case No.: 5:21-cv-00016-EKD-JCH |

**PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CIVIL CONTEMPT, TO IMPOSE DISCOVERY SANCTIONS, AND FOR CERTIFICATION UNDER 28 U.S.C. § 636(e)(6)(B)(iii)**

Plaintiffs Consumer Financial Protection Bureau (Bureau), the Commonwealth of Massachusetts (Massachusetts), the People of the State of New York by Letitia James, Attorney General of the State of New York (New York), and the Commonwealth of Virginia (Virginia), respectfully move the Court to sanction Defendants Nexus Services, Inc., Libre by Nexus, Inc., Micheal Donovan, Richard Moore, and Evan Ajin for failing to comply with the June 8, 2022, Order for Defendants to Provide or Permit Discovery (Discovery Order)[1] and to order Defendants to show cause why they should not be held in contempt of court.

Plaintiffs request that Magistrate Judge Hoppe issue an order:

    (1) Finding that Defendants' failure to obey the Discovery Order should be treated as civil contempt of court under Fed. R. Civ. P. 37(b)(2)(A)(vii) and 28 U.S.C. 636(e)(6)(b)(iii);

---

[1] ECF No. 129.

1

(2) certifying facts to the Court sufficient to demonstrate Defendants' contempt, under 28 U.S.C. § 636(e)(6)(b)(iii);

(3) requiring Defendants to show cause why they should not be adjudged in contempt by reason of the certified facts, under 28 U.S.C. § 636(e)(6)(b)(iii);

(4) recommending to the Court that, upon a finding of contempt, each Defendant be ordered to pay a fine of $5,000.00 per day continuing until such time as Defendants fully comply with the Discovery Order;

(5) awarding Plaintiffs their reasonable expenses, including attorneys' fees, under Fed. R. Civ. P. 37(a)(5) or 37(b)(2)(C);

(6) extending all relevant dates in the Scheduling Order[2] and Amended Joint Rule 26(f) Report[3] by nine (9) months or such other period as may be necessary to account for Defendants' continuing failure to provide discovery; and

(7) granting Plaintiffs any other or additional relief that may be appropriate.

In support of this motion, Plaintiffs submit a memorandum and the declaration of James E. Scott. For the reasons set forth therein, Plaintiffs respectfully request that this Court grant their motion.

Respectfully submitted,

*Attorneys for the Consumer Financial Protection Bureau*

Eric Halperin
　*Enforcement Director*
Alusheyi J. Wheeler
　*Deputy Enforcement Director*
Kara K. Miller
　*Assistant Litigation Deputy*

**Leanne E. Hartmann**
California Bar Number: 264787
Hai Binh T. Nguyen
California Bar Number: 313503
Donald R. Gordon
District of Columbia Bar Number: 482384
Consumer Financial Protection Bureau
1700 G Street, NW

---

[2] ECF No. 66.
[3] ECF No. 102.

Washington, DC 20552
Telephone (Hartmann): (415) 844-9787
Telephone (Nguyen): (202) 435-7251
Telephone (Gordon): (212) 328-7011
Email: leanne.hartmann@cfpb.gov
Email: haibinh.nguyen@cfpb.gov
Email: donald.gordon@cfpb.gov

*Attorneys for the Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Jason S. Miyares
 *Attorney General*
Charles H. Slemp, III
 *Chief Deputy Attorney General*
Steven G. Popps
 *Deputy Attorney General*
Richard S. Schweiker, Jr.
 *Chief and Senior Assistant Attorney General*

**James E. Scott**
Assistant Attorney General
Virginia Bar Number: 88882
David B. Irvin
Virginia Bar Number: 23927
Unit Manager and Senior Assistant Attorney General
Office of the Attorney General
Consumer Protection Section
202 North Ninth Street
Richmond, VA 23219
Telephone (Irvin): (804) 786-4047
Telephone (Scott): (804) 225-4778
Fax: (804) 786-0122
Email: dirvin@oag.state.va.us
Email: jscott@oag.state.va.us

*Attorneys for the Commonwealth of Massachusetts*

Maura Healy
 *Attorney General*

**Jon Burke**
Massachusetts Bar Number: 673472
Assistant Attorney General

3

Office of the Attorney General
10 Mechanic Street
Worcester, MA 01608
Telephone: (774) 214-4416
Fax: (508) 795-1991
Email: Jonathan.burke@mass.gov

*Attorneys for the People of the State of New York*

LETITIA JAMES
    *Attorney General*

Jane Azia (New York Bar Number: 1539600)
    *Bureau Chief for the Bureau of Consumer Frauds and Protection*
Laura Levine (New York Bar Number: 2337368)
    *Deputy Bureau Chief for the Bureau of Consumer Frauds and Protection*

**Joseph P. Mueller**
New York Bar Number: 5079389
Assistant Attorney General
Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8321
Fax: (212) 416-6003
Email: joseph.mueller@ag.ny.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record for the parties.

/s/ James E. Scott  
James E. Scott
