IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| CONSUMER FINANCIAL ) | Civil Action No. 5:21-cv-00016 | |
| PROTECTION BUREAU, et al., ) | | |
|     Plaintiffs, ) | | |
| v. ) | ORDER | |
| ) | | |
| NEXUS SERVICES, INC., et al., ) | | |
|     Defendants. ) | By: | Joel C. Hoppe |
| ) | | United States Magistrate Judge |

This matter is before the Court on motions to withdraw as counsel filed by Adam Bowser, Esq., ECF No. 134; J.H. Jennifer Lee, Esq., ECF No. 135; and David Bayles, Esq., ECF No. 136. Ms. Lee and Messrs. Bowser and Bayles are attorneys with the law firm of ArentFox Schiff LLP and counsel of record for Defendants Nexus Services, Inc.; Libre by Nexus, Inc., Micheal Donovan; Richard Moore; and Evan Ajin. *See* ECF Nos. 56, 57, 88. Plaintiffs oppose the motions. ECF No. 137. On August 2, 2022, the Court held a hearing at which counsel for the parties, as well Defendant Donovan, addressed defense counsel's requests to withdraw. For the reasons explained on the record during the hearing, the motions, ECF Nos. 134, 135, 136, are hereby TAKEN UNDER ADVISEMENT pending further order of the Court. The moving attorneys shall continue to act as Defendants' counsel of record in this case. The Clerk is DIRECTED to set a status conference in early September 2022.

Additionally, counsel for the parties are DIRECTED to promptly meet and confer regarding (1) the possibility of mediation, and (2) the briefing schedule for Plaintiffs' pending motion for sanctions, ECF No. 139 (filed July 19, 2022). *See* Sched. Order ¶ 13, ECF No. 66; Fed. R. Civ. P. 6(b)(1), 16(b)(4).

**IT IS SO ORDERED.**

ENTER: August 2, 2022

1

Joel C. Hoppe
U.S. Magistrate Judge