IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York; and COMMONWEALTH OF VIRGINIA, *EX REL.* JASON S. MIYARES, ATTORNEY GENERAL,<br><br>      Plaintiffs,<br><br>v.<br><br>NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE; and EVAN AJIN,<br><br>      Defendants. | Case No.: 5:21-cv-00016 |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

I, Joseph Pirc Mueller, respectfully ask the Court to permit me to withdraw as counsel of record for Plaintiff People of the State of New York in this case for good cause shown pursuant to W.D. Va. Gen. R. 6(i).  I state the following facts in support of good cause for granting my request:

     1.    As of September 13, 2022, I will no longer be employed by the New York Attorney General's Office.

     2.    Bureau Chief Jane Azia and Deputy Bureau Chief Laura Levine have appeared in this matter as counsel of record and will continue to represent the People of the State of New York in this case.

WHEREFORE, I respectfully ask the Court to enter an Order granting me leave to withdraw as counsel of record in this case.

Dated: September 7, 2022

Respectfully submitted,

**Joseph P. Mueller**
New York Bar Number: 5079389
Assistant Attorney General
Office of the New York Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8321
Fax: (212) 416-6003
Email: Joseph.Mueller@ag.ny.gov