IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

CONSUMER FINANCIAL PROTECTION
BUREAU; COMMONWEALTH OF
MASSACHUSETTS; THE PEOPLE OF
THE STATE OF NEW YORK, by LETITIA
JAMES, Attorney General of the State of
New York; and COMMONWEALTH OF
VIRGINIA, *EX REL.* MARK R. HERRING,
ATTORNEY GENERAL,

    Plaintiffs,

v.

NEXUS SERVICES, INC.; LIBRE BY
NEXUS, INC.; MICHEAL DONOVAN;
RICHARD MOORE; and EVAN AJIN,

    Defendants.

Case No.: 5:21-cv-00016-EKD

## <u>MOTION FOR LEAVE TO WITHDRAW</u>

I, J. H. Jennifer Lee, counsel for Defendants Nexus Services Inc.; Libre by Nexus, Inc.; Micheal Donovan; Richard Moore; and Evan Ajin request -- further to the motion that was previously filed on June 23, 2022 -- that this Court permit me to withdraw as counsel of record for further good cause shown, and state in support thereof that as of October 12, 2022, I will no longer be employed by ArentFox Schiff LLP.

WHEREFORE, I respectfully move this Court for entry of an Order granting me leave to withdraw as counsel of record in this case.

Dated: October 12, 2022

Respectfully submitted,

ARENTFOX SCHIFF LLP

By: /s/ J. H. Jennifer Lee
J. H. Jennifer Lee
(DC Bar No. 1029193; IL Bar No. 6290027;
CA Bar No. 318353)
1717 K Street, NW
Washington, DC  20006-5344
Tel: 202-857-6088
Fax: 202-857-6395
Email: jenny.lee@afslaw.com
*Attorney for Nexus Services, Inc.; Libre by Nexus, Inc.; Micheal Donovan; Richard Moore; and Evan Ajin*