# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

Consumer Financial Protection Bureau, et al )
v. )
Nexus Services, Inc., et al )

CASE NO.: 5:21CV16

DATE: 1/10/2023

TYPE OF HEARING:

Time in Court: 11:36-12:46 = 1 hr. 10 min.

***

**PARTIES/SPEAKERS:**

1. USMJ - Joel C. Hoppe
2. Lee Sherman
3. Jon Burke
4. Franklin Romeo
5. James Scott
6. Leanne Hartman
7. Adam Bowser
8.
9. deputy clerk – Karen Dotson
10.

***

CD NO(S). Recorded using Cisco Conference Manager and saved to Harrisonburg's I: drive

RECORDED BY: Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 11:36 | 1,9 | 42 | 3,1 | 57 | 3,1 | 10 | 1,7 | 20 | 3,1 |
|  | 1,6 |  | 3,1 |  | 3, | 11 | 1, |  | 7. |
|  | 1,4 |  | 3,1 | 12:00 | 1,7 | 12 | 3,1 | 23 | 1,7 |
| 37 | 1,5 |  | 1 |  | 3, |  | 3,1 | 24 | 1,3 |
|  | 1,3 | 49 | 3,1 | 2 | 1,7 |  | 3 | 25 | 1, |
|  | 1,3 |  | 3,1 |  | 1,3 | 13 | 1,7 | 26 | 3,1 |
|  | 1,7 |  | 3,1 | 3 | 1,7 | 14 | 3 |  | 3 |
|  | 1 |  | 3,1 | 5 | 1,7 | 17 | 1,7 | 30 | 1,7 |
| 38 | 3,1 | 53 | 7 | 6 | 1,3 |  | 1,3 |  | 1,7 |
|  | 7,1 | 55 | 1,7 |  | 1,3 |  | 1,3 | 32 | 1,3 |
| 39 | 3 | 56 | 1,7 | 8 | 1, |  | 1,3 | 34 | 1,3 |
| 40 | 1,3 |  | 1,7 | 9 | 3,1 | 19 | 1,3 | 35 | 1,7 |
| 41 | 1 |  | 1 |  | 7 |  | 1, |  | 1,7 |

page 2                                                                  5:21CV16

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 35 | 1,7 | | | | | | | | |
|    | 3, | | | | | | | | |
| 36 | 1  | | | | | | | | |
| 37 | 3,1 | | | | | | | | |
|    | 3,1 | | | | | | | | |
|    | 3,  | | | | | | | | |
| 39 | 1,3 | | | | | | | | |
|    | 1,  | | | | | | | | |
| 40 | 7,1 | | | | | | | | |
| 41 | 9,1 | | | | | | | | |
|    | 3,1 | | | | | | | | |
|    | 3,1 | | | | | | | | |
|    | 3   | | | | | | | | |
| 43 | 1,7 | | | | | | | | |
|    | 1,7 | | | | | | | | |
|    | 1   | | | | | | | | |
| 44 | 3,  | | | | | | | | |
| 46 | 1,3 | | | | | | | | |
|    | 1,3 | | | | | | | | |
|    | 7,1 | | | | | | | | |