IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 5:21-cv-00016 |
| NEXUS SERVICES, INC., et al, | ) ) | By: Elizabeth K. Dillon |
| Defendants. | ) ) | United States District Judge |

**ORDER**

This case is set for an April 17, 2023 hearing for defendants to show cause why they should not be held in contempt by reason of the facts certified against them in the magistrate judge's February 7, 2023 order (Dkt. No. 181) and for the Entity Defendants to show cause why the court should not sanction them for disobeying the court's January 11, 2023 order (Dkt. No. 182).   At a noticed March 14, 2023 telephone status conference, the court agreed to set a schedule for briefing of the matters to be presented at the hearing and for providing exhibit and/or witness lists.

As such, it is hereby ORDERED that:

- Plaintiffs shall file any opening brief(s) on or before April 3, 2023;

- Defendants shall file any response brief(s) on or before April 13, 2023;

- Plaintiffs and defendant shall file any witness and/or exhibit lists on or before April 3, 2023; and

- Any supplemental witness and/or exhibit lists shall be filed on or before April 10, 2023.

The clerk shall provide a copy of this order to all counsel of record and to the unrepresented

parties.

Entered: March 14, 2023.

/s/ Elizabeth K. Dillon

Elizabeth K. Dillon
United States District Judge