IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NEXUS SERVICES, INC., LIBRE BY NEXUS, INC., MICHEAL DONOVAN, RICHARD MOORE, and EVAN AJIN,<br><br>    Defendants. | Case No.:  5:21-cv-00016-EKD-JCH |

**FIRST WITNESS AND EXHIBIT LIST**

Pursuant to the Court's Order dated March 14, 2023 (ECF No. 187), Plaintiffs provide notice that they do not currently intend to introduce any additional witness testimony or documentary evidence at the hearing scheduled for April 17, 2023 for Defendants to show cause why they should not be held in contempt by reason of the facts certified against them in the Magistrate Judge's February 7, 2023 Order (ECF No. 181); and for the Entity Defendants to show cause why the Court should not sanction them for disobeying the Court's January 11, 2023 Order (ECF No. 182). At the hearing, Plaintiffs intend to refer to the facts certified in the Magistrate Judge's order (ECF No. 181), and request that the Court take judicial notice of the contents of the records in this litigation, *see Colonial Penn. Ins. Co. v. Coil*, 887 F.2d 1236, 1239 (4th Cir. 1989), in support of the Orders to Show Cause.

As provided in the Court's March 14 Order, Plaintiffs may supplement this filing in response to any witness and/or exhibit list filed by Defendants.

[Signatures on Following Pages]

*Respectfully submitted,*

*Attorneys for the Consumer Financial Protection Bureau*

Eric Halperin
    *Enforcement Director*
Alusheyi J. Wheeler
    *Deputy Enforcement Director*
Kara K. Miller
    *Assistant Litigation Deputy*

**Leanne E. Hartmann**
California Bar Number: 264787
Hai Binh T. Nguyen
California Bar Number: 313503
Lee I. Sherman
California Bar Number: 272271
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Hartmann): (415) 844-9787
Telephone (Nguyen): (202) 435-7251
Telephone (Sherman): (202) 374-4575
Email: leanne.hartmann@cfpb.gov
Email: haibinh.nguyen@cfpb.gov
Email: lee.sherman@cfpb.gov


*Attorneys for the Commonwealth of Virginia, ex rel. Jason*
    *Miyares, Attorney General*

Jason S. Miyares
    *Attorney General*
Charles H. Slemp, III
    *Chief Deputy Attorney General*
Steven G. Popps
    *Deputy Attorney General*
Richard S. Schweiker, Jr.
    *Chief and Senior Assistant Attorney General*

**James E. Scott**
Assistant Attorney General
Virginia Bar Number: 88882
David B. Irvin
Virginia Bar Number: 23927
Unit Manager and Senior Assistant Attorney General

Office of the Attorney General
Consumer Protection Section
202 North Ninth Street
Richmond, VA 23219
Telephone (Irvin): (804) 786-4047
Telephone (Scott): (804) 225-4778
Fax: (804) 786-0122
Email: dirvin@oag.state.va.us
Email: jscott@oag.state.va.us

*Attorneys for the Commonwealth of Massachusetts*

Andrea Joy Campbell
    *Attorney General*

**Jon Burke**
Massachusetts Bar Number: 673472
Assistant Attorney General
Office of the Attorney General
10 Mechanic Street
Worcester, MA 01608
Telephone: (774) 214-4416
Email: Jonathan.burke@mass.gov

*Attorneys for the People of the State of New York*

Letitia James
    *Attorney General*
Jane Azia (New York Bar Number: 1539600)
    *Bureau Chief for the Bureau of Consumer Frauds and Protection*
Laura Levine (New York Bar Number: 2337368)
    *Deputy Bureau Chief for the Bureau of Consumer Frauds and Protection*

**Franklin Romeo**
New York Bar Number: 4422051
Assistant Attorney General
Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8320
Fax: (212) 416-8787
Email: franklin.romeo@ag.ny.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

Defendant Libre by Nexus, Inc.
113 Mill Place Pkwy, Suite 103
Verona, Virginia 24482

Defendant Nexus Services, Inc.
113 Mill Place Pkwy, Suite 103
Verona, Virginia 24482

Defendant Micheal Donovan
47 S. Windsong Ct.
Fishersville, Virginia 22939

Defendant Richard Moore
47 S. Windsong Ct.
Fishersville, Virginia 22939

Defendant Evan Ajin
8 Gables East Blvd, Apt. 204
Fishersville, Virginia 22939

/s/ James E. Scott
James E. Scott, VSB No. 88882
Assistant Attorney General
*Attorney for the Commonwealth of Virginia,*
  *ex rel. Jason Miyares, Attorney General*
Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 225-4778
Fax: (804) 786-0122
Email: jscott@oag.state.va.us