UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>NEXUS SERVICES, INC., *et al.*,<br><br>Defendants. | No.: 5:21-cv-00016-EKD-JCH |

## DEFENDANTS' MOTION FOR JUDGEMENT ON THE PLEADINGS

**COME NOW** Defendants, Nexus Services, Inc., Libre by Nexus, Inc., Micheal Donovan, Richard Moore, and Evan Ajin, who by and through undersigned counsel, Zachary Lawrence, respectfully move this Court for an order pursuant to Federal Rules of Civil Procedure, Rule 12(c) to enter a judgment on the pleadings dismissing this action *in toto* or, in the alternative, dismissing all claims asserted by the Consumer Financial Protection Bureau ("CFPB") with prejudice and dismissing the CFPB from this action and ordering all filings made by CFPB and in which CFPB participated utilizing funding provided pursuant to (statute) void;[1] and granting all

---

[1] This specifically would include but is not necessarily limited to: ECF Doc. Nos. 1, 14, 16, 22, 32, 45, 76, 77, 85, 100, 115, 126, 137, 139, 140, 156, and 189.

1

other relief this Court believes just and proper.

Defendants additionally request this Court take judicial notice of Exhibits which Plaintiff attaches hereto, under Federal Rules of Evidence, Rule 201(b)(2): each exhibit is an official publication of a government agency whose accuracy cannot be reasonably questioned.

The grounds for this motion are those set forth fully in the attached Memorandum of Law.

Dated: <u>May 1, 2023</u>

*Respectfully Submitted:*

_____
Amina Matheny-Willard, Esquire
Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Firm Tel.: 757-777-3441
Firm Fax: 757-282-7808
Email: amina@aminalaw.com
VSB: #43566
*Counsel for Defendants*

**/s/Zachary Lawrence, Esquire**
Lawrence Law Firm PLLC
598 E Main Street
Little Falls, NY 13365
Tel.: 202-468-9486
Email: zach@zlawpllc.com
*Pro Hac Vice*
NYS Bar: 5798202
***Counsel for Defendants***

# CERTIFICATE OF SERVICE

I, Amina Matheny-Willard, Counsel for Defendants in this matter, hereby certify, under penalty of perjury, that on May 1, 2023, I filed the foregoing Motion for Judgment on the Pleadings electronically through this Court's CM-ECF electronic filing system, and that the system will send a copy to all counsel of record and unrepresented parties.

on: **May 1, 2023**.

**Certifying Party:**

_____
Amina Matheny-Willard, *Counsel for Plaintiffs (VSB #43566)*