IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEXUS SERVICES, INC., et al., <br><br> Defendants. | Case No.: 5:21-cv-00016-EKD-JCH |

**PLAINTIFFS' UNOPPOSED MOTION TO SEAL CERTAIN DOCUMENTS IN SUPPORT OF THEIR REQUEST FOR EVIDENTIARY SANCTIONS, INJUNCTIVE RELIEF, CONSUMER REDRESS, AND CIVIL MONEY PENALTIES**

Under Local Civil Rule 9 and paragraph 11.3 of the Stipulated Protective Order (Protective Order) (ECF No. 51), Plaintiffs move this Court for an order permitting the filing under seal of certain documents in connection with Plaintiffs' Memorandum in Support of their Request for Evidentiary Sanctions, Injunctive Relief, Consumer Redress, and Civil Money Penalties (Memorandum). Those documents, submitted separately in accordance with Local Civil Rule 9, are as follows:

- Defendants Nexus Services, Inc. and Libre by Nexus, Inc.'s Supplemental Responses to the Commonwealth of Virginia's First Interrogatories (Supplemental Interrogatory Responses) stating the amount of money that Defendants received from consumers;

- An unredacted version of the Declaration by Patrick Callahan that explains, based in part on the Entity Defendants' Supplemental Interrogatory Responses, the amount of money that Defendants received from consumers; and

- An unredacted version of Plaintiffs' Memorandum.

Plaintiffs submit these documents under seal because Paragraphs 2.15 and 11.3 of the Protective Order expressly prohibits Plaintiffs from disclosing any "Protected Material," which

includes "any Disclosure or Discovery Material that is designated as CONFIDENTIAL." Each document that Plaintiffs seek to file under seal includes information from documents that Defendants designated as Confidential.[1] Before filing this motion, counsel for Plaintiffs conferred with counsel for Defendants to determine whether Defendants would waive their confidentiality designations to the Supplemental Interrogatory Responses and avoid the need for this motion.[2] Defendants' counsel declined to waive the confidentiality designations but does not oppose this Motion to Seal.[3]

Under Local Civil Rule 9, portions of documents may not be sealed; "only [an] entire document may be sealed." The duration of this request to maintain these documents under seal is until such time as the Protective Order is no longer in effect.

WHEREFORE, based on the foregoing, Plaintiffs respectfully request that this Court grant this Motion to Seal and permit Plaintiffs to file certain documents in connection with their Memorandum under seal.

Dated: June 23, 2023            Respectfully submitted,

*Attorneys for the Consumer Financial Protection Bureau*

Eric Halperin
   *Enforcement Director*
Alusheyi J. Wheeler
   *Deputy Enforcement Director*
Kara K. Miller
   *Assistant Litigation Deputy*

**Leanne E. Hartmann**
California Bar Number: 264787
Hai Binh T. Nguyen
California Bar Number: 313503
Lee I. Sherman

---

[1] Plaintiffs file this Motion to comply with their obligations under the Protective Order, but also expressly reserve their right under the Protective Order to challenge certain of the "Confidential" designations of Defendants.
[2] Decl. of Leanne Hartmann, Ex. 1.
[3] *Id.*

California Bar Number: 272271
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Nguyen): (202) 435-7251
Telephone (Hartmann): (415) 844-9787
Telephone (Sherman): (202) 374-4575
Email: haibinh.nguyen@cfpb.gov
Email: leanne.hartmann@cfpb.gov
Email: lee.sherman@cfpb.gov


*Attorneys for the Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Jason S. Miyares
    *Attorney General*
Charles H. Slemp, III
    *Chief Deputy Attorney General*
Steven G. Popps
    *Deputy Attorney General*
Richard S. Schweiker, Jr.
    *Chief and Senior Assistant Attorney General*

**James E. Scott**
Assistant Attorney General
Virginia Bar Number: 88882
David B. Irvin
Virginia Bar Number: 23927
Unit Manager and Senior Assistant Attorney General
Office of the Attorney General
Consumer Protection Section
202 North Ninth Street
Richmond, VA 23219
Telephone (Irvin): (804) 786-4047
Telephone (Scott): (804) 225-4778
Fax: (804) 786-0122
Email: dirvin@oag.state.va.us
Email: jscott@oag.state.va.us


*Attorneys for the Commonwealth of Massachusetts*

Andrea Campbell
    *Attorney General*

3

**Jon Burke**
Massachusetts Bar Number: 673472
Assistant Attorney General
Office of the Attorney General
10 Mechanic Street
Worcester, MA 01608
Telephone: (774) 214-4416
Fax: (508) 795-1991
Email: Jonathan.burke@mass.gov


*Attorneys for the People of the State of New York*

LETITIA JAMES
    *Attorney General*

Jane Azia (New York Bar Number: 1539600)
    *Bureau Chief for the Bureau of Consumer Frauds and Protection*
Laura Levine (New York Bar Number: 2337368)
    *Deputy Bureau Chief for the Bureau of Consumer Frauds and Protection*

**Franklin H. Romeo**
New York Bar Number: 4422051
Assistant Attorney General
Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8320
Fax: (212) 416-6003
Email: franklin.romeo@ag.ny.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record for the parties.

*/s/ Leanne E. Hartmann*
Leanne E. Hartmann