IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT OF
VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEXUS SERVICES, INC., LIBRE BY NEXUS, INC., MICHEAL DONOVAN, RICHARD MOORE, and EVAN AJIN, <br><br> Defendants. | Case No.:  5:21-cv-00016-EKD-JCH |

## DEFENDANTS' INITIAL WITNESS AND EXHIBIT LISTS

In accordance with the Court's June 13, 2023 Scheduling Order (ECF 211), Defendants designate the following witnesses and exhibits for trial:

**I.    WITNESSES**

The Defendant expects to present, or may present, the following witnesses at trial

1. Stan V. Smith, Ph.D.                             Expert Witness
   1165 N Clark Street
   Suite 600
   Chicago, IL 60610
   312-943-1551

   Expected Testimony: Dr. Stan V. Smith Ph.D. will testify to his experience and credibility as an expert witness, the soundness of his analyses, and his ability to communicate complex economic issues clearly and understandably. Dr. Smith is expected to further testify to his past analyses of damages in the wake of the 9/11 tragedy, and his

1

methodologies which have been adopted by legislators and State Supreme courts in tort law in various states.

Dr. Smith will provide expert analysis and opinion related to the fees paid by Libre program participants and their value. Dr. Smith's testimony will relate to appropriate damages in this case based on his analyses.

2. Kate Lattner                                                                 Expert Witness
   One South Wacker Drive
   38th Floor
   Chicago, IL 60606
   312-893-4630
   klattner@stout.com

   Expected Testimony: Ms. Lattner[1] is expected to testify to her substantial experience on cases involving complex accounting matters, accounting reconstruction, damages and lost profits calculations, financial reporting fraud, and intricate asset tracing analyses.

   Ms. Lattner is expected to testify regarding her own expert opinonion and about Libre's accounting processes and expenditures on behalf of its clients. Ms. Lattner's testimony will relate to appropriate damages in this case based on her analyses.

3. Evan Ajin                                                                    Fact Witness
   8 Gables East BLVD
   APT 204
   Fishersville, VA 22939
   540-908-9406
   eajin@nexushelps.com

---

[1] Due to a conflict another managing partner of Stout was unable to act as a witness. This was learned only today after the participation of Dr. Smith was noted. While Defendants do expect to have Ms. Lattner testify, at this moment an agreement with Stout retaining Ms. Lattner's services has yet to be signed.

Expected Testimony: Mr. Ajin is an equity owner and Vice President of Operations of Nexus Services Inc. Mr. Ajin will testify to his work with Defendant Nexus; the work Nexus does for its program participants and the community; and the value of services provided as it relates to appropriate damages in this case.

4. Marvin Antonio Hernandez-Ramirez     Fact Witness
   3103 9th Ave W
   Lot 17
   Brandenton, FL 34205
   941-465-5396

   Expected Testimony: Mr. Hernandez-Ramirez is a program participant of Libre by Nexus. Mr. Hernandez-Ramirez will testify about his experiences as a program participant, the value of the services provided, and his experiences. Mr. Hernandez-Ramirez's testimony will relate to appropriate damages in this case.
   Mr. Hernandez-Ramirez's native language is Spanish, and he will require a translator for trial.

5. Wilmer Yeremy Coc Asig     Fact Witness
   14 South Windsong Court
   Fishersville, VA 22939
   540-447-9242

   Expected Testimony: Mr. Coc Asig is the son of a program participant of Libre by Nexus. He is also a client of Libre's family separation program, a pro bono advocacy program operated by the Defendants

that successfully helped reunite dozens of immigrant children and their families after the brutal effects of family separations.

Mr. Coc Asig's testimony will relate to the value of services provided and appropriate damages in this case. Mr. Coc Asig's native language is Spanish, and he may require a translator for trial.

6. Otilia Asig Putul Fact Witness
   14S Windsong Court
   Fishersville, VA 22939
   540-609-4119
   oasig@nexushelps.com

   Ms. Asig Putul is a program participant and employee of Libre by Nexus. Ms. Asig Putul was separated from her son entering the United States. Ms. Asig Putul will testify about her detention in Arizona and conditions during the family separation crisis.

   Ms. Asig Putul's testimony will relate to the value of services provided and appropriate damages in this case. Ms. Asig Putul's native language is Spanish, and she will require a translator for trial.

7. Jordan Saul Escobedo Diaz             Fact Witness
   978 Roberts Ct
   Harrisonburg, VA 22802

   Expected Testimony: Mr. Escobedo Diaz is a former Nexus employee who led the company's training and employee development program. As a corporate trainer, Mr. Escobedo Diaz was responsible for training employees of the Defendants and his testimony will relate to facts

about the training and development of employees that will relate to damages in this case.

8.  Efrain Medina                                      Fact Witness
    765 Fremont Blvd
    West Sacramento CA 95605
    916-879-3845
    1efrainmedina79@gmail.com

Mr. Medina is a program participant and former employee of Libre by Nexus. Mr. Medina successfully completed his immigration case and decided to work for Nexus helping other immigrants in need, who would otherwise be subject to deportation.

Mr. Medina's testimony will relate to the value of services provided and appropriate damages in this case.

9.  Penny Riker                                        Fact Witness
    2001 Powell Creek Court
    Charlottesville, VA 22911
    540-255-5896
    p.l.riker@gamil.com

Ms. Riker is a recipient of pro bono legal services from Nexus Services. Ms. Riker's license was suspended and later revoked by Plaintiff Commonwealth of Virginia, and she was eventually charged and convicted of a felony for operating a motor vehicle. After serving time in a state prison for driving a vehicle without an operator's license, her license was revoked. Nexus' pro bono legal program helped her restore her privilege to operate a motor vehicle.

Ms. Riker's testimony will relate to the value of services provided and appropriate damages in this case.

10. Delmis Marlen Dubon Mendez         Fact Witness
    1007 east Mohawk ave
    Apartment A
    Tampa Fl 33604
    941-536-1071
    delmismdubon@gmail.com

    Ms. Dubon Mendez is a recipient of pro bono legal services sponsored by Libre by Nexus. Ms. Dubon Mendez was separated at the US Mexico border from her US citizen son. Ms. Dubon Mendez will testify about the assistance she received.

    Ms. Dubon Mendez's testimony will relate to the value of services provided and appropriate damages in this case. Ms. Dubon Mendez's native language is Spanish, and she will require a translator for trial.

11. Inez Moza Moreno                    Fact Witness
    4524 Commons Dr
    Annandale, VA 22003
    571-457-0706

    Ms. Moza Moreno is the mother of a Libre by Nexus program participant. Ms. Moza Moreno will testify about her son's experiences as a Nexus program participant and the assistance provided by the Defendants to her and her family.

    Ms. Moza Moreno's testimony will relate to the value of services provided and appropriate damages in this case. Ms. Moza Moreno's native language is Spanish, and she will require a translator for trial.

12. Lilliana Cruz Martinez      Fact Witness
    15520 Parthenia Street
    North Hills, CA 91343
    818-471-2630

    Expected Testimony: Ms. Cruz Martinez is a former Libre employee and the wife of a Libre program participant. Ms. Cruz Martinez will testify about her husband's immigration bond, and how the Defendants' actions supported her family and protected her family's rights.

    Ms. Cruz Martinez's testimony will relate to the value of services provided and appropriate damages in this case.

13. Jose Angel Mendoza-Chavarria   Fact Witness
    15520 Parthenia Street
    North Hills, CA 91343
    818-471-2630

    Expected Testimony: Mr. Mendoza-Chavarria is a Libre by Nexus program participant. Mr. Mendoza-Chavarria was arrested by federal authorities for immigration violations. Mr. Mendoza-Chavarria will testify that he was detained for nearly three years because of his inability to pay for a bond to secure release from immigration detention. He will testify about the help and support he received from Libre, He will also testify about his experience meeting and providing support for other Libre participants.

    Mr. Mendoza-Chavarria's testimony will relate to the value of services provided and appropriate damages in this case. Mr. Mendoza-

Chavarria's native language is Spanish, and he will require a translator for trial.

14. Edinelson Antonio Cuatete-Hernandez    Fact Witness
    648 N Hobart Blvd
    Apartment 30
    Los Angeles, CA 90004
    323-334-5898

    Expected Testimony: Mr. Cuatete-Hernandez is a Libre by Nexus program participant. Mr. Cuatete-Hernandez spent years in immigration jail, unable to pay for a bond to secure release from immigration detention. Mr. Cuatete-Hernandez received charitable assistance from Defendants and will testify to the treatment of Libre's clients by the company.

    Mr. Cuatete-Hernandez's testimony will relate to the value of services provided and appropriate damages in this case.

    Mr. Cuatete-Hernandez's native language is Spanish, and he may require a translator for trial.

II. **Exhibits**

The Defendants expect to offer or may offer if the need arises the exhibits and/or documents listed below:

1. Expert Report generated by Stan Smith, Ph.D..
2. Expert Report generated by Kate Lattner.
3. I352 Immigration Bond Document for Marvin Antonio Hernandez-Ramirez.

4. Photos of injuries sustained by Wilmer Yeremy Coc Asig while he was detained in the facility where immigrant children that had been separated from their mothers had been concentrated.

5. Nexus Services/Libre by Nexus Standard Operating Procedures taught by Jordan Saul Escobedo Diaz.

6. Nexus Services/Libre by Nexus training guide used by Jordan Saul Escobedo Diaz.

7. Medical documentation related to the heart condition of the minor son of Delmis Marlen Dubon Mendez.

8. Court records of conviction and sentence of Penny Riker

9. Court records of Court order regarding the reinstatement of driving privileges of Penny Riker.

10. Birth Certificate of the minor son of Delmis Marlen Dubon Mendez.

11. I352 Immigration Bond Document for Delmis Marlen Dubon Mendez.

12. I352 Immigration Bond Document for Otilia Asig Putul.

13. 14. I352 Immigration Bond Document for Jose Angel Mendoza-Chavarria.

14. I352 Immigration Bond Document for Juan Carlos Moza Moreno.

15. I352 Immigration Bond Document for Jose Cruz

16. I352 Immigration Bond Document for Edinelson Antonio Cuatete-Hernandez

17. I352 Immigration Bond Document for Jose Angel Mendoza-Chavarria

Dated: June 26, 2023

Cold Brook, NY                             Respectfully submitted,

<u>/s/Zachary Lawrence</u>
Lawrence Law Firm PLLC
Little Falls, NY 13365
202-468-9486
zach@zlawpllc.com
*Pro hac vice* (NY Bar No.: 5798202)
*Attorney for Defendants*
