UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> NEXUS SERVICES, INC., *et al.*, <br><br> Defendants. | No.: 5:21-cv-00016-EKD-JCH |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Nexus Services, Inc., Libre by Nexus, Inc., Micheal Donovan, Evan Ajin, and Richard Moore hereby appeal to the United States Court of Appeals for the Fourth Circuit from the order of this Court entered in this action on August 7, 2023 (ECF Doc. No. 226) and the underlying order and opinion both entered on May 11, 2023 (ECF Doc. Nos. 201 & 202).

[signature follows]

1

Dated: Aug. 10, 2023
    Staunton, Virginia

Respectfully submitted,

/s/Zachary Lawrence
Lawrence Law Firm PLLC
166 Five Acres Lane
Cold Brook, New York
202-468-9486
zach@zlawpllc.com
Pro hac vice (NY Bar No.: 5798202)