FILED: August 15, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1836
(5:21-cv-00016-EKD-JCH)

_____

CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF NEW YORK, by Letitia James, Attorney General of the State of New York; COMMONWEALTH OF VIRGINIA, ex rel. Attorney General of Virginia

  Plaintiffs - Appellees

v.

NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE; EVAN AJIN

  Defendants - Appellants

_____

O R D E R
_____

Upon consideration of appellants' motion for stay or injunction and emergency motion for stay or injunction, the court denies the motions.

Entered at the direction of Judge Richardson with the concurrence of Judge King and Judge Wynn.

              For the Court

              /s/ Patricia S. Connor, Clerk