IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York; and COMMONWEALTH OF VIRGINIA, *EX REL*. JASON S. MIYARES, ATTORNEY GENERAL, <br><br>    Plaintiffs, <br><br> v. <br><br> NEXUS SERVICES, INC., LIBRE BY NEXUS, INC., MICHEAL DONOVAN, RICHARD MOORE, and EVAN AJIN, <br><br>    Defendants. | Case No.: 5:21-cv-00016-EKD |

## **MOTION FOR LEAVE TO WITHDRAW**

The Commonwealth of Virginia *ex rel.* Jason S. Miyares, Attorney General ("Commonwealth"), by counsel, and for good cause shown, hereby requests that this Court permit the withdrawal of an attorney serving as counsel of record for the Commonwealth, and states the following in support thereof:

1. Effective November 1, 2021, Senior Assistant Attorney General David B. Irvin will retire and separate from his employment with the Office of the Attorney General of Virginia.

2. Assistant Attorney General James E. Scott, who is admitted to this Court, has made an appearance in this matter as counsel of record, will continue to

represent the Commonwealth, and agrees to continue to co-sponsor Jon Burke, Franklin Romeo, Laura Levine, and Jane Azia, each of whom were admitted *pro hac vice* in this matter.

3. No parties will be prejudiced by the withdrawal of David B. Irvin.

WHEREFORE, the Commonwealth respectfully moves this Court for entry of an Order withdrawing the appearance of David B. Irvin as counsel of record for the Commonwealth and removing him from continued service in this case.

Dated: October 23, 2023

        Respectfully submitted,

        /s/ James E. Scott
        Virginia Bar Number: 88882

        *Attorneys for the Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

        Jason S. Miyares
            *Attorney General*
        Charles H. Slemp III
            *Chief Deputy Attorney General*
        Steven G. Popps
            *Deputy Attorney General*
        Richard S. Schweiker, Jr.
            *Chief and Senior Assistant Attorney General*

        **David B. Irvin**
        Virginia Bar Number: 23927
        Unit Manager and Senior Assistant Attorney General
        **James E. Scott**
        Virginia Bar Number: 88882
        Assistant Attorney General
        Office of the Attorney General
        Consumer Protection Section
        202 North Ninth Street
        Richmond, VA 23219
        Telephone (Irvin): (804) 786-4047
        Telephone (Scott): (804) 225-4778
        Fax: (804) 786-0122

Email: dirvin@oag.state.va.us
Email: jscott@oag.state.va.us