UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> NEXUS SERVICES, INC., *et al.*, <br><br> Defendants. | No.: 5:21-cv-00016-EKD-JCH |

**DECLARATION OF VINCENT J. SMITH**

VINCENT J. SMITH, declares as follows pursuant to 28 U.S.C. § 1746:

1. I am the CEO of Libre Immigration Services, Inc., have personal knowledge of all I aver herein, and nothing prevents me from making this declaration.

2. On April 17, 2024, at approximately 6:30 PM EST, I executed an Asset Purchase Agreement to purchase substantial assets from Libre by Nexus, Inc. and Nexus Services, Inc. A copy of the same is attached hereto as Exhibit A

3. I have reviewed the Court's Amended Judgment and Order and hereby to comply with all applicable provisions of that Order, pursuant to paragraph 75 of that Amended Judgment and Order.

1

Under the terms of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of April 2024, Reading, PA.

*[signature]*

Vincent J. Smith