IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEXUS SERVICES, INC., et al., <br><br> Defendants. | Case No.:  5:21-cv-00016-EKD-JCH |

**DECLARATION OF HAI BINH T. NGUYEN IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO STAY EXECUTION OF JUDGMENT**

I, Hai Binh T. Nguyen, declare as follows:

1. I am employed by plaintiff Consumer Financial Protection Bureau (Bureau) as a Senior Litigation Counsel in the Office of Enforcement, and I am counsel of record for the Bureau in this case. I have personal knowledge of the facts stated herein, and if called as a witness, I would testify competently thereto.

2. I file this Declaration in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Stay Execution of Judgment.

3. Attached to this declaration as **Exhibit 1** is an e-mail exchange between the parties and the Court on August 15, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2024

/s/ *Hai Binh T. Nguyen*
Hai Binh T. Nguyen
Senior Litigation Counsel
Attorney for Plaintiff Consumer Financial Protection Bureau

# Exhibit 1

| | |
|---|---|
| **From:** | Zachary Lawrence |
| **To:** | Elizabeth Dillon |
| **Cc:** | Sherman, Lee (CFPB); Nguyen, Hai Binh (CFPB); Hartmann, Leanne (CFPB); JScott@oag.state.va.us; Franklin.Romeo@ag.ny.gov; jonathan.burke@mass.gov; amina@aminalaw.com; Miriam Cole; Kelly Anglim; Matt Kaminer |
| **Subject:** | Re: Activity in Case 5:21-cv-00016-EKD-JCH Consumer Financial Protection Bureau et al v. Nexus Services, Inc. et al Stipulation |
| **Date:** | Tuesday, August 15, 2023 11:08:58 AM |
| **Attachments:** | image001.png |

**CAUTION:** This email originated from a non-government domain. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact Cybersecurity Incident Response Team (CSIRT) at 202-435-7200 or report a suspicious email.

Judge Dillon,

Yes. The Defendant's do not believe that a hearing is necessary.

Best,

Zachary Lawrence

Lawrence Law Firm PLLC

166 Five Acres Ln
Cold Brook, NY 13324

Tel:(845)633-6518


Notice to all recipients: This email and any files which may be attached hereto are confidential and may contain privileged and confidential information intended solely for use by the sender and any addressees. If you receive this transmission in error please notify the sender immediately by reply email or telephone call to (845) 633-6518 and remove the email from your system. Unauthorized use of this information is strictly prohibited.

This email may not be construed as a *bona fide* offer, acceptance, or agreement. Only a separate written agreement executed by the parties shall be deemed such; further, only offers or acceptances contained in separate executed writings should be construed as *bona fide* acceptances or offers.


On Tue, Aug 15, 2023 at 2:06 PM Elizabeth Dillon <Elizabeth_Dillon@vawd.uscourts.gov> wrote:

> Mr. Lawrence,
>
> You represent defendants, so am I correct that you are stating that defendants do not believe a hearing on the matter is necessary to determine damages?
>
> Thanks,

Elizabeth Dillon

---

**From:** Zachary Lawrence <zach@zlawpllc.com>
**Sent:** Tuesday, August 15, 2023 1:30 PM
**To:** Elizabeth Dillon <Elizabeth_Dillon@vawd.uscourts.gov>
**Cc:** Lee.Sherman@cfpb.gov; HaiBinh.Nguyen@cfpb.gov; Leanne.Hartmann@cfpb.gov; JScott@oag.state.va.us; Franklin.Romeo@ag.ny.gov; jonathan.burke@mass.gov; amina@aminalaw.com; Miriam Cole <MiriamF@vawd.uscourts.gov>; Kelly Anglim <Kelly_Anglim@vawd.uscourts.gov>; Matt Kaminer <Matt_Kaminer@vawd.uscourts.gov>
**Subject:** Re: Activity in Case 5:21-cv-00016-EKD-JCH Consumer Financial Protection Bureau et al v. Nexus Services, Inc. et al Stipulation

**CAUTION - EXTERNAL:**

Judge Dillon,

Currently, the Plaintiffs are not requesting a hearing; given evidentiary rules and that most of what Mr. Ajin would testify to would require either (a) speculation, (b) opinion, or (c) be mooted by the stipulation to the amounts, it is unclear what he would present that would be relevant or compelling.

For this reason, Plaintiffs do not believe a hearing on the matter is necessary to determine damages.

Best,

Zachary Lawrence

Lawrence Law Firm PLLC

166 Five Acres Ln

Cold Brook, NY 13324

Tel:(845)633-6518

Notice to all recipients: This email and any files which may be attached hereto are confidential and may contain privileged and confidential information intended solely for use by the sender and any addressees. If you receive this transmission in error please notify the sender immediately by reply email or telephone call to (845) 633-6518 and remove the email from your system. Unauthorized use of this information is strictly prohibited.

This email may not be construed as a *bona fide* offer, acceptance, or agreement. Only a separate written agreement executed by the parties shall be deemed such; further, only offers or acceptances contained in separate executed writings should be construed as *bona fide* acceptances or offers.

On Tue, Aug 15, 2023 at 1:24 PM Elizabeth Dillon <Elizabeth_Dillon@vawd.uscourts.gov> wrote:

> Dear Counsel,
>
> I have read the below email you sent to Miriam and reviewed the Stipulation. I understand that defendants believe, given the stipulation, that the court may not find the hearing necessary. I gather, perhaps, that plaintiffs also believe a hearing might not be necessary.
>
> Of course, the court is unaware of the evidence that the parties plan to present tomorrow – except from the information provided in the final exhibit and witness lists following the court's rulings. I can assume what plaintiffs' witness will say because I have his declaration, but I do not know what will be elicited in cross-examination. While I have the topics of Mr. Ajin's expected testimony, I am not aware of the substance of his testimony or what may be elicited in cross-examination.
>
> Thus, in light of the stipulations, **I ask each party to advise the court ASAP if that party is or is not requesting an evidentiary hearing**.
>
> Sincerely,
>
> Elizabeth Dillon



**Elizabeth K. Dillon**

United States District Judge

**United States District Court**

**Western District of Virginia**

**Telephone**: 540-857-5120

**Facsimile**: 540-857-5121

210 Franklin Rd. SW, Suite 132

Roanoke, VA 24011

vawd.uscourts.gov

---

**From:** Miriam Cole <MiriamF@vawd.uscourts.gov>
**Sent:** Tuesday, August 15, 2023 1:18 PM
**To:** Elizabeth Dillon <Elizabeth_Dillon@vawd.uscourts.gov>
**Subject:** FW: Activity in Case 5:21-cv-00016-EKD-JCH Consumer Financial Protection Bureau et al v. Nexus Services, Inc. et al Stipulation

---

**From:** Sherman, Lee (CFPB) <Lee.Sherman@cfpb.gov>
**Sent:** Tuesday, August 15, 2023 12:37 PM
**To:** Miriam Cole <MiriamF@vawd.uscourts.gov>
**Cc:** Nguyen, Hai Binh (CFPB) <HaiBinh.Nguyen@cfpb.gov>; Hartmann, Leanne (CFPB) <Leanne.Hartmann@cfpb.gov>; Scott, James E. <JScott@oag.state.va.us>; Romeo, Franklin <Franklin.Romeo@ag.ny.gov>; jonathan.burke@mass.gov; zach@zlawpllc.com; Amina Matheny-Willard <amina@aminalaw.com>

**Subject:** FW: Activity in Case 5:21-cv-00016-EKD-JCH Consumer Financial Protection Bureau et al v. Nexus Services, Inc. et al Stipulation

**CAUTION - EXTERNAL:**

Dear Ms. Frazier,

The parties have just filed the attached stipulation regarding evidentiary issues to try to streamline tomorrow's proceeding. In light of this development and the court's prior evidentiary ruling, the parties want to see if Judge Dillon still would like us to appear tomorrow for the hearing and if the same would be required. The parties are prepared to appear, provide oral argument, and answer any questions that the court may have. Defendants believe that given the stipulation of substantive facts relating to a damage determination, the Court may not find the same necessary.

Sincerely,

Lee

Lee Sherman

Senior Litigation Counsel | Office of Enforcement

Mobile: (202) 374-4575

Consumer Financial Protection Bureau
**consumerfinance.gov**

Confidentiality Notice: If you received this email by mistake, you should notify the sender of the mistake and delete the e-mail and any attachments. An inadvertent disclosure is not intended to waive any privileges.

**From:** ecfnoticing@vawd.uscourts.gov <ecfnoticing@vawd.uscourts.gov>
**Sent:** Tuesday, August 15, 2023 8:59 AM
**To:** vawd_ecf_nef@vawd.uscourts.gov
**Subject:** Activity in Case 5:21-cv-00016-EKD-JCH Consumer Financial Protection Bureau et al v. Nexus Services, Inc. et al Stipulation

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Western District of Virginia

## Notice of Electronic Filing

The following transaction was entered by Sherman, Lee on 8/15/2023 at 11:59 AM EDT and filed on 8/15/2023

| | |
|---|---|
| **Case Name:** | Consumer Financial Protection Bureau et al v. Nexus Services, Inc. et al |
| **Case Number:** | 5:21-cv-00016-EKD-JCH |
| **Filer:** | Consumer Financial Protection Bureau |
| **Document Number:** | 237 |

**Docket Text:**
**STIPULATION *of all Parties* by Consumer Financial Protection Bureau (Sherman, Lee)**

**5:21-cv-00016-EKD-JCH Notice has been electronically mailed to:**

Amina Matheny-Willard     amina@aminalaw.com

David Benjamin Irvin     dirvin@oag.state.va.us

Franklin Romeo     franklin.romeo@ag.ny.gov

Hai Binh Thi Nguyen     haibinh.nguyen@cfpb.gov, CFPB_CourtDocs@cfpb.gov, leanne.hartmann@cfpb.gov, roshonda.gonsalves@cfpb.gov

James Edward Scott     jscott@oag.state.va.us

Jane Melissa Azia     jane.azia@ag.ny.gov

Jonathan T. Burke     jonathan.burke@mass.gov

Kara Kathleen Miller     kara.miller@cfpb.gov

Laura Levine     laura.levine@ag.ny.gov

Leanne E. Hartmann     leanne.hartmann@cfpb.gov

Lee Sherman     lee.sherman@cfpb.gov

Richard S. Schweiker , Jr     rschweiker@oag.state.va.us

Stephanie Garlock     stephanie.garlock@cfpb.gov, cfpb_litigation@cfpb.gov

Zachary Lawrence     zach@zlawpllc.com

**5:21-cv-00016-EKD-JCH Notice has been delivered by other means to:**

David B. Briggman
7556 Mountain Valley Road
Keezletown, VA 22832

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1052918722 [Date=8/15/2023] [FileNumber=4276460-0
] [1324ed8f514a3ea6548c25ca3f1b6869f6cb17baa03cad3fb6d04db38e9fee3f4b7
df98c46edcdebbaadfc847c031efd31c55b49dec6f94a0b06a04be72d3ffb]]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.