UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> NEXUS SERVICES, INC., *et al.*, <br><br> Defendants. | No.: 5:21-cv-00016-EKD-JCH |

## DECLARATION OF MICHEAL DONOVAN

MICHEAL DONOVAN, declares as follows pursuant to 28 U.S.C. § 1746:

1. I am the CEO of Nexus Services, Inc. and Libre by Nexus, Inc. (the "Companies"). I have personal knowledge of all averred herein and nothing prevents me from making the instant Declaration.

2. On information and belief, all Defendants would be satisfied with the injunctive relief as requested by the Plaintiffs in their trial brief. ECF Doc. No. 216.

3. On information and belief, Defendants cannot comply with certain provisions were they read literally, for instance the provisions contained in Paragraphs 54 and 56 of the Court's Amended Judgment and Order, to illustrate we could not

have provided notice thirty days prior to the sale because the closing of the sale occurred on April 19, 2024 and Defendant's had no knowledge that it would occur until April 9, 2024 when the first meeting occurred relating to it.

4. On information and belief, Defendants are only seeking to stay provisions of the Amended Judgment and Order that may be injunctive, where they appear to be overly broad and beyond the scope of the relief requested by Plaintiffs.

5. On information and belief, no Defendant honestly understands the provisions we seek to have stayed because they are less than clear and appear to be contradicting.

6. Beyond narrowing these provisions, and making them clear, Defendants seek very little if anything beyond that which it appears the Plaintiffs believed they were entitled to.

Under the terms of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 2d day of May 2024, STAUNTON, VA.

_____

MICHEAL DONOVAN