# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Consumer Financial Protection Bureau et al**

vs.

**Nexus Services, Inc. et al**

Action No:   5:21cv16
Date:   5/28/2024
Judge:   Elizabeth K. Dillon
Court Reporter:   S. Bragg
Deputy Clerk:   K. Anglim

Plaintiff Attorney(s)

Lee Sherman, CFPB
Stephanie Garlock, CFPB
Leanne Hartman, CFPB
Hai Bihn Nguyen, CFPB
James Scott, Commonwealth of Virginia
Jon Burke, Commonwealth of Massachusetts
Franklin Romeo, The People of the State of New York

Defendant Attorney(s)

Amina Matheny-Williard
Zachary Lawrence

PROCEEDINGS:
Parties present by counsel via zoom for oral argument on Defendants' Motion to Stay Temporarily Pending Appeal (dkt. 249)
Argument, Objections, Rebuttal as reflected in the record.
Judge to take argument under advisement and rule in near future.

Time in Court:   12:00 – 12:39p; 39m