IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>NEXUS SERVICES, INC., et al.,<br><br>   Defendants. | Case No.:  5:21-cv-00016-EKD-JCH |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2024, I electronically filed Plaintiffs' Motion for an Order to Show Cause Why Defendants and Libre Immigration Services, Inc. Should Not Be Held in Contempt and Supporting Memorandum with the Clerk of the Court using the CM/ECF system (ECF No. 260).

      And I hereby certify that on June 3, 2024, I e-mailed the document to non-CM/ECF participant Libre Immigration Services, Inc. through its attorney Zachary Lawrence at zach@zlawpllc.com, who is a registered user on the CM/ECF system and the attorney of record for Defendants, and on June 3, 2024, I received Mr. Lawrence's acceptance of service on Libre Immigration Services, Inc.'s behalf.

      **Hai Binh T. Nguyen**
      California Bar Number: 313503
      Attorney for Plaintiff Consumer Financial Protection Bureau
      Consumer Financial Protection Bureau
      1700 G Street, NW
      Washington, DC 20552
      (202) 435-7251
      haibinh.nguyen@cfpb.gov