UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> NEXUS SERVICES, INC., *et al.*, <br><br> Defendants. | No.: 5:21-cv-00016-EKD-JCH |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that my firm, The Law Office of Carteia V. Basnight, has been retained by Libre Immigration Services, Inc., and hereby gives notice that The Law Office of Carteia V. Basnight appears in the above titled matter, through attorney Cartiea V. Basnight.

All notices shall be provided to The Law Office of Carteia V. Basnight at:

>Carteia V. Basnight, Esq.
>The Law Office of Carteia V. Basnight
>1919 Commerce Drive, Suite 495
>Hampton, Virginia 23666
>Firm Tel.: 757-838-0001
>Firm Fax: 757-848-5871
>Email: carteia@basnightlaw.com

Dated: June 13, 2024                        Respectfully Submitted,

/s/Carteia V. Basnight, Esq.
Carteia V. Basnight, Esq. (VSB# 43566)
The Law Office of Carteia V. Basnight
1919 Commerce Drive, Suite 495
Hampton, Virginia 23666
Firm Tel.: 757-838-0001
Firm Fax: 757-848-5871
Email: carteia@basnightlaw.com
*Counsel for Libre Immigration Services, Inc.*