UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

|  |  |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> NEXUS SERVICES, INC., *et al.*, <br><br> Defendants. | No.: 5:21-cv-00016-EKD-JCH |

## MOTION FOR ADMISSION PRO HAC VICE

**COMES NOW,** Libre Immigration Services, Inc. who, by and through counsel, moves pursuant to Local Civil Rule 6(d) this Honorable Court for admission *pro hac vice* of Zachary Timothy Peter Lawrence. The grounds for the motion are as follows:

1. Zachary Timothy Peter Lawrence is the managing member of Lawrence Law Firm PLLC. Mr. Lawrence has been engaged to assist in this matter.

2. Mr. Lawrence is experienced in federal statutory torts and deeply familiar with the case at bar having appeared in this matter for defendants.

3. Mr. Lawrence's contact information is:

1

Zachary Timothy Peter Lawrence, Esq.
Lawrence Law Firm PLLC
166 Five Acres Lane
Cold Brook, NY 13324
202-468-9486
zach@zlawpllc.com

4. Mr. Lawrence is a member in good standing of the New York State Bar
   (#579202).

5. Mr. Lawrence is admitted to practice in the highest court of the State of New
   York.

6. Mr. Lawrence is registered as a Filing User on PACER and will register as a
   Filing User with the Western District of Virginia Electronic Case Filing
   Registration pursuant to Fed. R. Civ. P 5(b) and 77(d) once the instant motion is
   granted.

   **WHEREFORE,** based on the foregoing, Counsel respectfully requests that this
Court enter an ORDER admitting Zachary Timothy Peter Lawrence, *pro hac vice*
for this case on behalf of ALL Defendants and further request that Mr. Lawrence
be allowed to electronically submit and receive notice of documents filed in the
ECF system for this matter.

Dated: June 13, 2024                    Respectfully Submitted,


                                        /s/Carteia V. Basnight, Esq.
                                        Carteia V. Basnight, Esq. (VSB# 43566)
                                        The Law Office of Carteia V. Basnight
                                        1919 Commerce Drive, Suite 495
                                        Hampton, Virginia 23666
                                        Firm Tel.: 757-838-0001
                                        Firm Fax: 757-848-5871
                                        Email: carteia@basnightlaw.com
                                        *Counsel for Libre Immigration Services, Inc*