UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> NEXUS SERVICES, INC., *et al.*, <br><br> Defendants. | No.: 5:21-cv-00016-EKD-JCH |

# **DECLARATION OF ZACHARY LAWRENCE**

ZACHARY LAWRENCE, declare as follows pursuant to 28 U.S.C. § 1746:

1. I, Zachary Lawrence, represent the defendants in this matter and have entered an appearance in this matter for the Libre Immigration Services, Inc. ("LIS"), against whom the Plaintiffs have requested this Court issue an order to show cause (ECF Doc. Nos. 260 & 260-1) ("Plaintiffs' Motion for an OSC").

2. I am competent to make this declaration and make it based on my own personal knowledge, unless stated on information and belief.

3. Prior to my appearance in this matter for LIS, Defendants filed papers in opposition to Plaintiffs' Motion for an OSC (ECF Doc. Nos. 265 through 265-

1

4). Those papers outlined Defendants' positions vis-à-vis the propriety of the Plaintiffs' Motion for an OSC and its merits.

4. The arguments set forth in those papers as well as the facts averred in those papers are equally applicable to LIS and LIS will rely on the same factual and legal bases to oppose Plaintiffs' Motion for an OSC.

Under the terms of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of June 2024, Charlottesville, VA.

*[signature]*

Zachary Lawrence