IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEXUS SERVICES, INC., et al., <br><br> Defendants. | Case No.: 5:21-cv-00016-EKD-JCH |

**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR AN ORDER TO SHOW CAUSE**

Plaintiffs the Consumer Financial Protection Bureau, the Commonwealth of Massachusetts, the People of the State of New York, and the Commonwealth of Virginia hereby move for an extension of time to file a reply in support of their Motion for an Order to Show Cause Why Defendants and Libre Immigration Services, Inc., Should Not Be Held in Contempt, ECF No. 260. In support of the requested extension, Plaintiffs state:

1. On May 28, 2024, Plaintiffs moved for an order to show cause why Defendants in this case and Libre Immigration Services, Inc., (LIS) should not be held in contempt of this Court's Amended Final Judgment Order, ECF No. 246. Defendants were served via this Court's CM/ECF system, and Plaintiffs served LIS via email on June 3, 2024. *See* Certificate of Service, ECF No. 263.

2. On June 12, 2024, Defendants filed an opposition to Plaintiffs' motion. *See* ECF No. 265. On June 17, 2024, counsel for LIS filed an affidavit indicating that LIS will rely on the same factual and legal bases to oppose Plaintiffs' motion. *See* ECF No. 269.

1

3. By operation of the local rules, Plaintiffs' reply to Defendants' opposition is due on Thursday, June 20, 2024, given the federal holiday on June 19. *See* W.D. Va. Civ. R. 11(c)(1).

4. Plaintiffs have several competing obligations that necessitate this request for additional time. In particular, counsel with primary drafting and reviewing responsibilities for the reply brief have needed to handle competing litigation obligations, and accommodate pre-planned vacation late last weekend and later this week before this reply brief is currently due. More time would also better allow counsel for the four different Plaintiffs to confer on the reply brief.

5. Accordingly, Plaintiffs request that this Court extend the deadline to reply to Defendants' and LIS's opposition to Friday, June 28, 2024.

6. This motion has been timely filed in advance of the deadline for Plaintiffs' reply and Defendants and LIS will suffer no prejudice if the extension is granted.

7. As such, good cause exists to grant this motion and extend the deadline for Plaintiffs to file their reply.

8. Plaintiffs emailed counsel for both Defendants and LIS on the afternoon of June 18, asking for their clients' position on the requested extension. As of the time of filing, counsel had not indicated what position Defendants and LIS take on the requested extension.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court extend their deadline to reply to Defendants' and LIS's opposition to their motion for an order to show cause why Defendants and Libre Immigration Services, Inc., should not be held in contempt, to and including June 28, 2024.

Respectfully submitted,

*Attorneys for the Consumer Financial Protection Bureau*

Eric Halperin
   *Enforcement Director*
Alusheyi J. Wheeler
   *Deputy Enforcement Director*
Kara K. Miller
   *Assistant Litigation Deputy*

**Stephanie B. Garlock**
D.C. Bar Number: 1779629
Leanne E. Hartmann
California Bar Number: 264787
Hai Binh T. Nguyen
California Bar Number: 313503
Lee I. Sherman
California Bar Number: 272271
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Garlock): (202) 695-4908
Telephone (Hartmann): (415) 844-9787
Telephone (Nguyen): (202) 435-7251
Telephone (Sherman): (202) 374-4575
Email: stephanie.garlock@cfpb.gov
Email: leanne.hartmann@cfpb.gov
Email: haibinh.nguyen@cfpb.gov
Email: lee.sherman@cfpb.gov


*Attorneys for the Commonwealth of Virginia, ex rel. Jason S. Miyares, Attorney General*

Jason S. Miyares
   *Attorney General*
Steven G. Popps
   *Chief Deputy Attorney General*
Thomas J. Sanford
   *Deputy Attorney General*
Richard S. Schweiker, Jr.
   *Chief and Senior Assistant Attorney General*

**James E. Scott**
Senior Assistant Attorney General
Virginia Bar Number: 88882
Office of the Attorney General
Consumer Protection Section
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 225-4778
Fax: (804) 786-0122
Email: jscott@oag.state.va.us


*Attorneys for the Commonwealth of Massachusetts*

Andrea Campbell
  *Attorney General*

**Jon Burke**
Massachusetts Bar Number: 673472
Assistant Attorney General
Office of the Attorney General
10 Mechanic Street
Worcester, MA 01608
Telephone: (774) 214-4416
Fax: (508) 795-1991
Email: Jonathan.burke@mass.gov


*Attorneys for the People of the State of New York*

LETITIA JAMES
  *Attorney General*

Jane Azia (New York Bar Number: 1539600)
  *Bureau Chief for the Bureau of Consumer
  Frauds and Protection*
Laura Levine (New York Bar Number: 2337368)
  *Deputy Bureau Chief for the Bureau of
  Consumer Frauds and Protection*

**Franklin H. Romeo**
New York Bar Number: 4422051
Assistant Attorney General
Office of the Attorney General
28 Liberty Street
New York, NY 10005

4

Telephone: (212) 416-8320
Fax: (212) 416-6003
Email: franklin.romeo@ag.ny.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on June 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record for the parties.

*/s/ Stephanie B. Garlock*
Stephanie B. Garlock
