IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEXUS SERVICES, INC., et al., <br><br> Defendants. | Case No.: 5:21-cv-00016-EKD-JCH |

**ERRATA TO PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR AN ORDER TO SHOW CAUSE**

Plaintiffs the Consumer Financial Protection Bureau, the Commonwealth of Massachusetts, the People of the State of New York, and the Commonwealth of Virginia respectfully submit errata to their Motion for an Extension of Time to File a Reply in Support of Their Motion for an Order to Show Cause, ECF No. 270. In that motion, Plaintiffs wrote that they originally contacted counsel for Defendants and Libre Immigration Services, Inc., (LIS) to ascertain their position on the motion on the afternoon of June 18. Plaintiffs in fact contacted defense and LIS counsel on the afternoon of June 17. As of the time of this filing, Defendants and LIS have not taken a position on the requested extension. With this filing, Plaintiffs also provide a proposed order to accompany their motion.

Respectfully submitted,

*Attorneys for the Consumer Financial Protection Bureau*

Eric Halperin
 *Enforcement Director*
Alusheyi J. Wheeler

1

*Deputy Enforcement Director*
Kara K. Miller
  *Assistant Litigation Deputy*

**Stephanie B. Garlock**
D.C. Bar Number: 1779629
Leanne E. Hartmann
California Bar Number: 264787
Hai Binh T. Nguyen
California Bar Number: 313503
Lee I. Sherman
California Bar Number: 272271
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Garlock): (202) 695-4908
Telephone (Hartmann): (415) 844-9787
Telephone (Nguyen): (202) 435-7251
Telephone (Sherman): (202) 374-4575
Email: stephanie.garlock@cfpb.gov
Email: leanne.hartmann@cfpb.gov
Email: haibinh.nguyen@cfpb.gov
Email: lee.sherman@cfpb.gov


*Attorneys for the Commonwealth of Virginia, ex rel.*
*Jason S. Miyares, Attorney General*

Jason S. Miyares
   *Attorney General*
Steven G. Popps
   *Chief Deputy Attorney General*
Thomas J. Sanford
   *Deputy Attorney General*
Richard S. Schweiker, Jr.
   *Chief and Senior Assistant Attorney General*


**James E. Scott**
Senior Assistant Attorney General
Virginia Bar Number: 88882
Office of the Attorney General
Consumer Protection Section
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 225-4778

2

Fax: (804) 786-0122
Email: jscott@oag.state.va.us

*Attorneys for the Commonwealth of Massachusetts*

Andrea Campbell
   *Attorney General*

**Jon Burke**
Massachusetts Bar Number: 673472
Assistant Attorney General
Office of the Attorney General
10 Mechanic Street
Worcester, MA 01608
Telephone: (774) 214-4416
Fax: (508) 795-1991
Email: Jonathan.burke@mass.gov

*Attorneys for the People of the State of New York*

LETITIA JAMES
   *Attorney General*

Jane Azia (New York Bar Number: 1539600)
   *Bureau Chief for the Bureau of Consumer*
   *Frauds and Protection*
Laura Levine (New York Bar Number: 2337368)
   *Deputy Bureau Chief for the Bureau of*
   *Consumer Frauds and Protection*

**Franklin H. Romeo**
New York Bar Number: 4422051
Assistant Attorney General
Office of the Attorney General
28 Liberty Street
New York, NY 10005
Telephone: (212) 416-8320
Fax: (212) 416-6003
Email: franklin.romeo@ag.ny.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record for the parties.

*/s/ Stephanie B. Garlock*
Stephanie B. Garlock
