IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEXUS SERVICES, INC., et al., <br><br> Defendants. | Case No.: 5:21-cv-00016-EKD-JCH |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR AN ORDER TO SHOW CAUSE**

The Court, having considered Plaintiffs' Motion for an Extension of Time to File a Reply in Support of Their Motion for an Order to Show Cause, and for good cause shown therein, hereby ORDERS that the Motion is GRANTED. Plaintiffs shall file their reply in support of their motion for an order to show cause no later than June 28, 2024.

SO ORDERED.

DATED: _____  _____
JOEL C. HOPPE
United States Magistrate Judge

1