IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NEXUS SERVICES, INC., et al.,<br><br>Defendants. | Case No.: 5:21-cv-00016-EKD-JCH |

**PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU'S MOTION TO WITHDRAW LEANNE E. HARTMANN AS ATTORNEY**

Plaintiff the Consumer Financial Protection Bureau (Bureau) hereby moves to withdraw Leanne E. Hartmann as attorney for the Bureau in this matter. Western District of Virginia Local Rule 6(i) provides that "[n]o attorney of record shall withdraw from any cause pending in this Court, except with the consent of the Court for good cause shown." Good cause exists to withdraw Ms. Hartmann from representation of the Bureau in this case because Ms. Hartmann is leaving employment of the Bureau. The Bureau will continue to be represented by other attorneys of record who have appeared in this case.

July 25, 2025

Respectfully submitted,

*Attorneys for the Consumer Financial Protection Bureau*

Alusheyi J. Wheeler
*Deputy Enforcement Director*
Kara K. Miller
*Assistant Litigation Deputy*

*/s/ Leanne E. Hartmann*
Leanne E. Hartmann
California Bar Number: 264787
Hai Binh T. Nguyen
California Bar Number: 313503
Larkin Turner
Virginia Bar Number: 93822
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Hartmann): (415) 844-9787
Telephone (Nguyen): (202) 435-7251
Telephone (Turner): (681) 507-8016
Email: leanne.hartmann@cfpb.gov
Email: haibinh.nguyen@cfpb.gov
Email: larkin.turner@cfpb.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record for the parties.

*/s/ Leanne E. Hartmann*
Leanne E. Hartmann