UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CONSUMER FINANCIAL
PROTECTION BUREAU, *et al.*,

      Plaintiff,

      v.

NEXUS SERVICES, INC., *et al.*,

      Defendants.

No.: 5:21-cv-00016-EKD-JCH

## **MOTION FOR LEAVE TO WITHDRAW**

I, Zachary Lawrence, of the Lawrence Law Firm PLLC, represent alleged contemnor Libre Immigration Services, Inc. ("LIS") and request that this Court permit me to withdraw as counsel of record for good cause shown, and state the following in support thereof:

1. Pursuant to Rule 1.16 of the Rules of Professional Conduct of the Virginia State Bar, undersigned counsel is unable to continue to represent LIS in this matter due to LIS' inability to fulfill its financial obligations and the unreasonable financial burden that places on counsel.

- 1 -

2.  I first provided notice to LIS, that payments under its retainer agreement were untimely in May of last year. Since that time LIS has never been current on retainer payments and the amounts owed to my firm have greatly increased.

3.  Since May 2024 my firm's retainer agreement with LIS has been renegotiated multiple times in an attempt to allow for LIS to meet its financial obligations to my firm.

4.  Since May 2024 at least 40 email communications have been exchanged on various payment issues and my withdrawal for non-payment was first discussed in June of that year.

5.  The need for my withdrawal was reiterated numerous times since June and it was agreed that I could withdraw from all matters for LIS if any further payments were missed on September 30, 2024.

6.  Since that time no payment has been timely or made in the agreed upon amount on the agreed upon date.

7.  I have had multiple conversations with LIS informing them of my intention to withdraw for non-payment and they have been provided notice.

8.  Currently the amount LIS owes my firm is substantial.

9.  It would be impossible to continue my representation without taking on significant financial burdens beyond those solely attributable to the unpaid attorney's fees

noted above, namely litigation costs associated with travel and accommodations. It is unlikely that my firm will be able to recoup those costs while representing LIS.

10. Due to non-payment issues in the year of 2024, which continue into this year, my firm lost over a half-million dollars; this amount is obviously substantial given that the firm traditionally has done less than one-million dollars in revenue per year.

11. If the Court finds it necessary, I have prepared a detailed declaration, which could be filed under seal to supplement this motion should.

WHEREFORE, Zachary Lawrence, counsel for alleged contemnor LIS, respectfully moves this Court for entry of an Order permitting him to immediately withdraw as counsel of record in this case.

Dated: November 4, 2025

Washington, DC

Respectfully submitted,
/s/Zachary Lawrence
Lawrence Law Firm PLLC
166 Five Acres Ln
Cold Brook, NY 13324
202-468-9486
zach@zlawpllc.com
*Pro hac vice* (NY Bar No.: 5798202)
*Attorney for alleged contemnor*