UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CONSUMER FINANCIAL
PROTECTION BUREAU, *et al.*,

Plaintiff,

v.

NEXUS SERVICES, INC., *et al.*,

Defendants.

No.: 5:21-cv-00016-EKD-JCH

## **MOTION FOR LEAVE TO WITHDRAW**

I, Zachary Lawrence, of the Lawrence Law Firm PLLC, defendants Libre by Nexus, Inc., Nexus Services, Inc., Richard Moore, Evan Ajin, and Micheal Donovan and request that this Court permit me to withdraw as counsel of record for good cause shown, and state the following in support thereof:

1. Pursuant to Rule 1.16 of the Rules of Professional Conduct of the Virginia State Bar, undersigned counsel is unable to continue to represent the plaintiff in this matter due to Plaintiff's inability to fulfill his financial obligations and the unreasonable financial burden that places on counsel.

2. I first provided notice to corporate defendants in May 2024, that payments under its retainer agreement were untimely. Since that I have attempted to enter various

agreements that would allow my representation of Defendants to continue but have not received payments under those arrangements.

3. I made Mr. Donovan aware of the nonpayment issues in May 2024 and later made Mr. Ajin and Mr. Moore aware of the same. I specifically noted the necessity of withdrawing from matters for nonpayment in or about June that year to Mr. Donovan and later made Mr. Moore and Mr. Ajin aware of the same.

4. Since May, 2024 I have attempted to negotiate various retainer arrangements that would allow for my representation of defendants, directly with defendants and with a third-party who guaranteed those fees, but no satisfactory arrangement has been reached, and it has become impossible for my firm to continue to represent defendants without either payment of amounts outstanding and without payment for work to be completed.

5. Despite good faith efforts, the amount defendants owe my firm is substantial and continues to grow and my firm can no longer continue to represent defendants without significant financial hardship.

6. Specifically, my firm cannot advance litigation expenses, namely litigation costs associated with travel and accommodations while also not receiving fees.

7. The failure to pay fees has resulted in significant hardship for my law firm and for its principal attorney.

- 2 -

8.  If the Court finds it necessary, I have prepared a detailed declaration which could be filed under seal to supplement this motion.

WHEREFORE, Zachary Lawrence, counsel for Plaintiff, respectfully moves this Court for entry of an Order permitting him to immediately withdraw as counsel of record in this case.

Dated: November 4, 2025

Washington DC

Respectfully submitted,
/s/Zachary Lawrence
Lawrence Law Firm PLLC
166 Five Acres Ln
Cold Brook, NY 13324
202-468-9486
zach@zlawpllc.com
*Pro hac vice* (NY Bar No.: 5798202)
*Attorney for Defendants*