IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NEXUS SERVICES, INC., et al.,<br><br>    Defendants. | Case No.: 5:21-cv-00016-EKD-JCH |

**PLAINTIFF CONSUMER FINANCIAL PROTECTION BUREAU'S MOTION TO WITHDRAW LARKIN TURNER AS ATTORNEY**

Plaintiff the Consumer Financial Protection Bureau (Bureau) hereby moves to withdraw Larkin Turner as attorney for the Bureau in this matter. Western District of Virginia Local Rule 6(i) provides that "[n]o attorney of record shall withdraw from any cause pending in this Court, except with the consent of the Court for good cause shown." Good cause exists to withdraw Ms. Turner from representation of the Bureau in this case because Ms. Turner is resigning from her position with the Bureau. The Bureau will continue to be represented by other attorneys of record who have appeared in this case. Defendants have no objection to this motion.

February 12, 2026

Respectfully submitted,

*Attorneys for the Consumer Financial Protection Bureau*

Alusheyi J. Wheeler
    *Deputy Enforcement Director*
Kara K. Miller
    *Assistant Litigation Deputy*

1

**Larkin Turner**
Virginia Bar Number: 93822
Hai Binh T. Nguyen
California Bar Number: 313503
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Turner): (202) 435-5276
Telephone (Nguyen): (202) 435-7251
Email: larkin.turner@cfpb.gov
Email: haibinh.nguyen@cfpb.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send a notification of such filing to

all counsel of record for the parties.

*/s/ Larkin Turner*
Larkin Turner