IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED

03/30/2026

LAURA A. AUSTIN, CLERK
BY: **/s/ Amy Fansler**
DEPUTY CLERK

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU; COMMONWEALTH OF MASSACHUSETTS; THE PEOPLE OF THE STATE OF NEW YORK, *by* LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK; *and* COMMONWEALTH OF VIRGINIA, *ex rel.* JAY JONES, ATTORNEY GENERAL,<br><br>*Plaintiffs,*<br><br>*v.*<br><br>NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; MICHEAL DONOVAN; RICHARD MOORE; *and* EVAN AJIN,<br><br>*Defendants.* | Civil Action No. 5:21-cv-00016<br><br>By: Elizabeth K. Dillon<br>  Chief United States District Judge |

**ORDER**

For the reasons stated in the accompanying memorandum opinion, the court hereby ORDERS that plaintiffs' motion for an order to show cause (Dkt. No. 260) is DENIED IN PART as to Richard Moore and GRANTED IN PART as to Nexus Services, Inc., Libre by Nexus, Inc., Libre Immigration Services, Inc., Micheal Donovan, and Evan Ajin, each of whom is hereby HELD IN CIVIL CONTEMPT pending compliance with the following remedial orders.

The court DECLARES void, and ORDERS contemnors to unwind any performance of, those provisions of the April 2024 sale of Nexus Services's and Libre by Nexus's assets to Libre Immigration Services that violated paragraph 19 of the amended final judgment order, including all provisions purporting to sell covered customer information or contract-collection rights. (Dkt. No. 246 at ¶ 19.)  Contemnors or their representatives are all ORDERED to, jointly or

otherwise, swear out affidavits either acquiescing to rescission of the entire sale or identifying, for the court's review, exactly which provisions they contend survive; conferral with plaintiffs is encouraged.  The court further ORDERS Libre Immigration Services to destroy any covered information or contracts that it possesses or to which it has access, to cease collecting on any covered contracts, and to disclose, account for, and disgorge to consumers any money collected on the covered contracts.  It or its representative is also ORDERED to swear out an affidavit that this is done, including the date of compliance.  The court ORDERS that proof of compliance with all these orders is due by Friday, April 17, 2026, after which the court may impose additional appropriate sanctions, including daily fines, to secure compliance.

Upon complying, each contemnor's civil contempt will be held purged by separate order.


Entered: March 30, 2026.

*/s/ Elizabeth K. Dillon*

Elizabeth K. Dillon
Chief United States District Judge

2